IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| COBREY and MARYAM BENNETT,<br><br>    Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | CIVIL ACTION NO:<br>2:13-cv-00243-WCO-JCF |

## DEFENDANT'S PARTIAL MOTION TO DISMISS

COME NOW Defendant Ocwen Loan Servicing, LLC (hereinafter "Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), submits this Partial Motion to Dismiss for failure to state a claim upon which relief can be granted. Defendant moves the Court to dismiss Counts I – VII and IX – XVI[1] of Plaintiffs' Amended Complaint (doc. 16).[2]  In support of this Motion, Defendant submits the attached Memorandum In Support of Defendants' Motion.

### Certification of Compliance

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

---

[1] Plaintiffs' Amended Complaint is mis-numbered, as there is no Count XV.  The Counts go from Count XIV to Count XVI.  (*See* Doc. 16, p. 24).

[2] For clarity, the only count in Plaintiffs' Amended Complaint that Defendant is not seeking to have dismissed is Count VIII.

1

DATED this 12th day of December, 2013.

        Respectfully submitted,

        /s/Keith S. Anderson
Keith S. Anderson (Bar No. 136246)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@babc.com
ATTORNEY FOR DEFENDANT OCWEN LOAN SERVICING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on the following non-ECF filer:

    Maryam & Cobrey Bennett
    965 Summerfield Drive
    Cumming, GA 30040

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this the 12th day of December, 2013.

        /s/Keith S. Anderson
OF COUNSEL