U.S DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| COBREY BENNETT et. al. | Civil Action No.: 2:13-cv-00243-JCF |
| Plaintiffs, | Judge J. Clay Fuller |
| v. | |
| OCWEN LOAN SERVICING, LLC, | PLAINTIFFS' MOTION FILE LEAVE FOR TO AMEND COMPLAINT |
| Defendant. | |

COMES NOW Plaintiffs, Cobrey and Maryam Bennett, and file for Motion For Leave to File Amended Complaint in the above-styled case pursuant to Fed. R. Civ. P. 15 (party may amend the party's pleading by leave of court and leave shall be freely given when justice so requires). A copy of Plaintiffs proposed Amended Complaint with attachments is attached hereto.

**Legal Standard**

Under Rule 15(a)(2), a party may amend its Complaint only by leave of Court or by written consent of the adverse party. Fed. R. Civ. P. 15(a). Rule 15 requires that leave to amend "shall be freely given when justice so requires," Fed. R. Civ. P. 15(a), and that leave should be granted with "extreme liberality," *Eminence Capital, LLC v. Aspeon,* 316 F.3d 1048, 1051 (9th Cir. 2003) (per curiam), because cases should be decided on the merits, rather than on the pleadings or technicalities. *Schiavone v. Fortune,* 477 U.S. 21, 27 (1986). *See also Anastasio v. Internap Network Servs. Corp.,* C.A. No. 1:08-cv-3462,

1

2009 U.S. Dist. LEXIS 70949 (N.D. Ga.Aug. 12, 2009) given' in the absence of 'undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party & futility of amendment.")

In their proposed Amended Complaint, Plaintiffs seek to withdraw the following claims:

(1) Rescission,

(2) Violations of O.C.G.A § 7-1-1013 (6) & 9(A-C)

The Plaintiffs seek to add:

(1) Quiet Title with declaratory judgment to protect them from future & ongoing infractions.

(2) Loss of Consortium &

(3) Evidence of Ocwen's continued lack of regard for the law.

Plaintiffs' motion to amend is being made after the Defendants have filed their reply to the Plaintiffs' complaint.

Plaintiffs respectfully submits that there is a substantial reason to grant the Plaintiff's motion to amend their Complaint. There is no undue delay, bad faith, or dilatory motive present with regard to Plaintiff's motion to amend. Nor is there repeated failure to cure deficiencies with prior amendments. The present proposed amendment is being filed due to ongoing bad faith actions of both Ocwen and their attorney.

Both of which are based on factual allegations already included in Plaintiff's previous pleadings—as well as adding new evidence to support the Plaintiffs claims of Ocwen's

ongoing abuse. With this amended complaint & the additional proof of ongoing injustices, the Plaintiffs have also plan to file a motion for sanctions.

Finally, there is no undue prejudice to Defendant in allowing the proposed amendment. Due, to the ongoing abuse of the defendants. The Plaintiffs need to have permission to file the amended complaint because to deny them this right would be denying them justice.

Discovery has been stayed, & no depositions have yet been taken, and the proposed claim regarding new evidence, withdrawn and new claims, are related to the existing claims concerning Ocwen's mishandling of Plaintiffs' account, Plaintiffs' payments, & harassment. Accordingly, Plaintiffs respectfully requests the Court's leave to amend their Complaint as set forth above and in the attached proposed Amended Complaint.

Respectfully Submitted,  March 8, 2014

*Cobrey Bennett* *Maryam Bennett*

Cobrey & Maryam Bennett
Pro Se Litigant
965 Summerfield Dr
Cumming, GA 30040
Phone: 678-689-9601
Fax: 770-887-3109
email: maryamthomas@hotmail.com

3

## FONT CERTIFICATION

**COMES NOW** Cobrey & Maryam Bennett., the Plaintiffs and hereby certifies that the within and foregoing Motion. Were prepared using Times New Roman, 14-point font in accordance with Local Rule 5.1.

The Plaintiffs, hereby declares that a copy of this motion will be sent to Ocwen's defense counsel, on the same day it is mailed to the court.

*[signatures]* March 8, 2014

Cobrey and Maryam Bennett
Pro Se Litigants
965 Summerfield Dr
Cumming, GA 30040
Phone: 678-689-9601
Fax: 770-887-3109
Email: maryamthomas@hotmail.com



CPU U.S. POSTAGE $3.08⁰
MAILED MAR 08 2014
30041
PB 1P 000
1127624
FCMF

To:
Federal Building
121 Spring Street SE Room 201
Gainesville, Georgia 30501

From:
Cobrey & Maryam Bennett
965 Summerfield Dr
Cumming, GA 30040