# Exhibit A

## Joinder Of Claims

## Case No. **Civil Action No.: 2:13-cv-00243-JCF**

Bennett,

v.

Ocwen, et. al.,

The Plaintiffs declare under penalty of perjury that all information listed in this exhibit is true and correct to the best of their knowledge as of June 8. 2014

From: **Maryam Bennett** (maryamthomas@hotmail.com)
Sent: Wed 6/30/10 10:41 PM
To:    john.j.godinet@citigroup.com; leann.luhn@citigroup.com


Mr. Godinet, Or Mrs Luhn

 My name is Maryam Bennett I don't have our account number but here is the social▮▮▮▮-6113.
I am writing in reference to getting help with our home situation. I called in and got accepted in the
Obama plan that reduced my monthly payment. We made it past the 3 month trial period and which
after it we were told that we would all be caught up. After the trial period, we started getting letters
saying that we never sent in the requested paper work which we had twice. Then we got a statement
saying we didn't have enough in escrow and that our payment was going to increase by $200.  Then
like a month or so later we got something from citimortgage saying that we were in the default of the
Obama plan and to call in. I called in to see what we did to get disqualified and they told me that they
could not find our file. Now we are getting statements in the mail saying that we are $30,000 in arrears.
We need help and yet we feel like we are getting the run around everytime we try and call it is
something different. We want to keep our house and we want to work with citimortgage so we can keep
it. My husband is the primary on the account but has given me the permission to speak on it because I
handle the bills. I have the authorization form to fax it in. All I need is a fax number so we can get this
settle as soon as possible. If need be I can send this statement signed via registered mail. Please get
back with me as soon as possible.

Mrs. Maryam T Bennett

**CitiMortgage Inc.** (autoreply.iewa@citicorp.com)
Sent: Sat 8/07/10 2:23 pm

To: maryamthomas@hotmail.com

Thank you for your recent visit to our website and email inquiry. We appreciate your
taking the time to contact us.

Please contact our Loss Mitigation Department at 1-866-272-4749 for assistance with
your inquiry. Representatives are available Monday to Friday 7:00 a.m. - 11:00 p.m. CT
and Saturday to Sunday 7:00 a.m. – 7:00 p.m. CT.

If you have further questions, please contact us. We value
your business and look forward to serving you in the future.

Sincerely,

CitiMortgage

From: **CitiMortgage Inc.** (autoreply.iewa@citicorp.com)

Sent:Tue 8/10/10 12:31 PM

To:maryamthomas@hotmail.com

Thank you for your recent visit to our website and email inquiry. We appreciate your taking the time to contact us.

Per our records, your loan has been service released to Selene Finance. We request you to contact the Customer Service of Selene Finance.

If you have further questions, please contact us. We value
your business and look forward to serving you in the future.

Sincerely,

CitiMortgage


From:  **Maryam Bennett** (maryamthomas@hotmail.com)
Sent: Wed 8/11/10 2:11 PM
To: customerservice@selenefinance.com

To whom it mat concern I Maryam T Bennett am writing two dispute two letters we received from Selene Finance. One was  stating that we are behind on our mortgage almost 30,000. The other stating that we could not afford our home. The letter referring to the disputing the charges said we had to do so in writing. So this is for disputing the charges.  We know that our loan was recently purchased from CitiMortgage and from what I can tell Citi is showing that we haven't made a payment on our account since 4/09. When in fact July of 09 we had called in a got a government loan modification. Before July we were 10,000 benind on payments and with the loan mod. We were told that after we passed our three month trial period that the 10,000 would be forgiven. We paid like we were supposed to and then In November I believe they increased the payment amount. I called in about the increase and was told they would look into it. The next thing we knew we were getting a letter from them saying we defaulted on the trail and that we were no longer in the gov modified program. We were told to the call back and discuss our options. Which we did and when we spoke to someone they told us it would be investigated and they

3

would get back to us. Then soon there after we received something in the mail saying that our loan was being sold to Selene Finance. So nothing was never resolved and now the amount we supposedly owe is three times what we were in arrears.   I feel like they are trying to get over. I want this matter investigated. I called Citi and they told us we had to go through Selene and have Selene file for an investigation into this matter. We will be looking forward to hearing from you on this issue.

Also as far as not being able to afford our home. The loan specialist I spoke to was so upset, hung up on us. He was trying to get us to do a short sale when I kept telling him we wanted to keep our home, he didn't even try and work with us. So I would like to talk to someone else so we can work out something to be able to keep our home. Thank you for your time. You can contact us via email at maryamthomas@hotmail.com via fax 770-887-3109, or via phone @ 678-689-9601 I will be mailing in a copy of this letter as well as faxing in a copy and keeping all means of contact for our records. Thanks again

Sincerely,

Mrs. Maryam T Bennett


From:  Customer Service Department (customerservice@selenefs.com)
Sent:  Thu 8/19/10 2:01 PM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Mr. and Mrs.  Bennett:

Selene Finance would like to take this opportunity to thank you for your email on 8/11/2010 and facsimile on 8/16/2010 regarding your mortgage loan. Our letter addressing your concerns is being forwarded to you by return mail and should arrive shortly.

If we may be of further assistance, please contact our Customer Service Department toll free at 877-735-3637.  Our staff is available from 8:00 AM to 6:00 PM CST, Monday through Friday.

From: maryamthomas@hotmail.com [mailto:maryamthomas@hotmail.com]
Sent: Friday, August 27, 2010 10:11 AM
To: Customer Service Department
Subject: Loan Documents
Created: Aug 27, 2010
Client Id: 575
Loan No: *0443
Name: COBREY BENNETT SR
Property Address: 965 SUMMERFIELD DR
CUMMING GA 30040-0000
Work Phone: (877) 833-5356
Home Phone: (770) 887-3109
Best method to contact: Email address
Best time to contact: Afternoon

Comments: In this link I am sending it shows why Citimortgage sold our loan when I
started asking questions about their practices. As I have said before we have the bank
statements showing that we were making payments on our loan and they are showing we
haven't it is untrue and we have proof and if Selene Finance does not try and help up get
to the bottom of this after you have been warned of the situation we will have right to
sue both citi and Selene. We are not the first people citi have done this too but I am not
giving up without a fight. We will be contacting our lawyer soon. Also with the papers
we received as an explanation from citi you can tell their claims have no basis. How can
we stay on a program from 7/09 to 4/10 and they canceled it due to our income when
Selene is trying to claim that we don't make enough to keep our home. Also the excuse
they gave to why our debt was not forgiven as promised is what? They never really said.
Wonder why? I do too.

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Thu 9/02/10 11:24 AM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Mr. and Mrs. Bennett:

Selene Finance would like to take this opportunity to thank you for your email
concerning your account.

Thank you for informing us that you have not received the Financial Letter mailed to
you on 8/5/2010 and 8/18/2010. For your convenience, I am attaching copies of the
letter outlining the documentation needed by your Loan Resolution Consultant. You may

return the documentation to our Loan Resolution Department by facsimile at 866-926-5498.

If we may be of further assistance, please contact our Customer Service Department toll free at 877-735-3637. Our staff is available from 8:00 AM to 6:00 PM CST, Monday through Friday.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Fri 9/10/10 12:10 PM
To:     Selene f (customerservice@selenefinance.com)

I received an email regarding the financials of our house to be filled out and faxed in. However on the paperwork it has the date August 5, 2010 and it is to be turned in no late than five days of that date. I want to know if I can receive another made out for today's date or whatever the date is from when the paperwork will be sent out so I will not add to any more confusion in this situation. Thank you so much for your understanding.

Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com)
Sent:   Fri 9/10/10 1:28 PM
To:     maryamthomas@hotmail.com
Dear Mr. and Mrs. Bennett:

Selene Finance would like to take this opportunity to thank you for your email concerning your account.

We have reviewed your email however, the 'link' you referenced was not inclusive of your memorandum. Although you were denied by CitiMortgage for loan modification, our records indicate we mailed to you our Financial Package on 8/5/10, 8/18/10 and 9/2/10 outlining the requirements to review your loan for Modification with Selene Finance. However, as of this date, the information has not been returned. You were asked to provide this information in order for us to assess your financial situation and give you the best loan workout solution. You were also provided with the transactional history from CitiMortgage outlining the payments received and applied to your mortgage including the Trial Forbearance Plan period.

Your mortgage is due for the 4/1/09 payment and should you choose to do so, we look forward to receiving your financials to assist you with your mortgage account. We must tell you that there is no guarantee your loan will be modified, but we are attempting to

6

assist you in your circumstances.

If you have any additional questions, please contact our Loan Resolution Department toll free at 1-877-768-3759, Monday and Wednesday 8:00 am to 6:00 pm, Tuesday and Thursday 8:00 am to 9:00 pm, or Friday 8:00 am to 5:00 pm, CST.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent: Fri 9/10/10 1:37 PM
To:      Selene c (customerservice@selenefs.com)

If you were to refer to all of the other emails that I have sent you will see that I have not received any of the paperwork until September 3rd and the one I received it was out dated and I have more than just the link to prove that Citimortgage is not being honest in saying we haven't paid our mortgage since April of 09. I have bank statements and the cashed checks to prove them false. I will send in all of this info when I get the update financial package. The transactional history will be proven false when I send in the prior info I have stated. When it is I will expect the amount due to be adjusted or a refund for the amount that we paid that they are saying we didn't. Thank you for your time.

Sincerely,

Mrs. Maryam T Bennett

From: maryamthomas@hotmail.com
Sent:  Fri 9/10/10 1:56 PM
To:      Customer Service Department

Forgot to add that all the dates that shows as Selene sending me the financial package just so happen to be the days I call/and or email to notify Selene that I had yet to receive said package. I have the times I have tried to contact Selene to get the package documented just for cases like this. I have been trying to solve the issues that are said to be ours. I am showing my willingness to work with this company so if nothing is resolved it stands to say that is not because of our doing.

Sincerely,

Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Fri 9/10/10 5:04 PM

To:     maryamthomas@hotmail.com

Attached is your financial package and IRS Form 4506T.  Please complete both forms and return back to us within 5 days with all documentation.  You may fax this information to 1-866-926-5498.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Tue 9/14/10 6:34 PM
To:     Selene c (customerservice@selenefs.com)

To whom it may concern, I Maryam Bennett have sent in the requested info for loan number #000050443. I have included the info for the financial packet as well as the info that shows we have made almost $9000.00 in payments in the period from September 2009 through June of 2010. Which negates their claims of us not having made any mortgage payments since April of 2009. Their claim for the $30,000 is false and I am sending the prove to show so you do not close out the investigation I requested without further looking into the evidence of the info I am sending in. If you need to talk about this matter further, I may be contacted via email here maryamthomas@hotmail.com  or phone @ 678-689-9601.
Thank you for your time and consideration. I faxed in the info and I am sending this as confirmation for the fax and as a reply for this email.

Sincerely,

Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Thu 9/23/10 6:13 PM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Mr. and Mrs.  Bennett:

Selene Finance would like to take this opportunity to thank you for your email concerning your account.

Our records indicate the Financial Worksheet and IRS Form 4506-T were received in our office on 9/15/2010 and forwarded to your Loan Resolution Consultant for processing and review.  This information will be used to assess your financial situation and give you the best loan workout solution.  Your Loan Resolution Consultant will contact you after the assessment is completed to further discuss your mortgage options.

On 9/16/10, we received an email from you stating that the amount due on your loan is incorrect along with receipts for payments made on your loan to CitiMortgage. The transactional history sent to you with our letter of 8/19/2010 shows all these payments received with the exception of your payment of $1802.57 which was returned to you by CitiMortgage on 6/24/2010. I am attaching an additional copy of your 2009 and 2010 history from CitiMortgage with these payments underscored. Your mortgage is severely delinquent and due for the 4/1/2009 payment, however our Loan Resolution Consultants are willing to review all options to assist you in bringing your mortgage to a current status.

From: maryamthomas@hotmail.com [mailto:maryamthomas@hotmail.com]
Sent: Tuesday, October 12, 2010 3:16 PM
To: Customer Service Department
Subject: Hardship Assistance

Created: Oct 12, 2010
Client Id: 575
Loan No: *0443
Name: COBREY BENNETT SR
Property Address: 965 SUMMERFIELD DR
CUMMING GA 30040-0000
Work Phone: (877) 833-5356
Home Phone: (770) 887-3109
Best method to contact: Email address
Best time to contact: Morning

Comments: I have tried several times to try and work out the missed payments with Selene Finance. I have not heard anything back. We are trying to add the missed payments on to the back of the mortgage and be caught up so we won't have the problems we are willing to do what we can to work with you but we need you all to work with us as well. We want to keep our home and we got a call from a Realtor about a short sell when we thought that someone was working with us to come up with a plan to get back on track. We started off with this company by trying to start off on the right foot and making our payments on time only to have the check returned to us. I don't know what you want to do but I would love to hear something back. Thank you for your time.
Sincerely,

Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Fri 10/15/10 6:39 PM
To:    maryamthomas@hotmail.com

Dear Mr. and Mrs. Bennett:

 Selene Finance would like to take this opportunity to thank you for your emails
received 10/4/2010 and 10/12/2010 concerning your account.

 Since receipt of your Financial Worksheet and IRS Form 4506-T, our Loan Resolution
Consultants have been actively attempting to reach you to discuss the best workable
solution for your mortgage status. A requirement of our loan workout strategy is a face-
to-face interview with our borrowers on the property condition in the event you are
unreachable, hence, the recent contact you received from Keller Realty.

It is urgent that you contact our Loan Resolution Department toll free at 1-877-768-3759
Monday - Thursday, 8:00 am through 10:00 pm, and Friday, 8:00 am through 5:00 pm,

From: Maryam Bennett [mailto:maryamthomas@hotmail.com]
Sent: Wednesday, October 27, 2010 5:09 PM
To: Customer Service Department
Subject: RE:

 Last week I called in and spoke with Tyrone at ex 2136 about our loan modification. I
have called him twice and left messages and have not heard back anything yet. When I
talked to him I told him that I didn't agree with the amount that citi said we owed. We
want to resolve this issue and are happy you are working with us. I have been waiting to
hear back from Selene. I called today and spoke with someone and he told me we were
approved and had to accept by November 1st. We have not received anything by mail,
fax or email. When I talked to Tyrone he told me that we had to make a payment of at
least 10% of the past due amount. According to the amount they are saying we are
behind that would only be 3,200. Yet when I called today I was told it would have to be
$4,000. Also we are still not in agreement with the amount that citimortgage is saying
we owe. According to them we had 7 payments for the amount of 1369.96 and 8
payments for the amount of $1,801.16 That is only $23,999 with the late fees $25,124.
Then take into account that we made almost $7,000 in payments during that time. That
brings us to around $18,359 and if you factor the taxes just paid for this year that
$21,044. I maybe wrong in my calculations but I don't think I am far off. Can someone
please explain the $11,000 more that we are saying we owe. We want to accept the

10

forbearance but we need the amount owed due explained to us and if it is not correct to work from the forbearance with the corrections made. Please contact me as soon as possible. Thank you

Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com) This sender is in your contact list.
Sent:  Fri 11/12/10 12:34 PM
To:      maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Mr. and Mrs. Bennett:

Selene Finance would like to take this opportunity to thank you for your email concerning your account.

Our records indicate your acceptance of the Forbearance Plan Agreement discussed with your Loan Resolution Consultant on 11/2/2010.  Your down-payment of $3600.00 was received 11/5/2010 and the Forbearance Agreement was forwarded to you 11/9/2010 for execution and return.  At your convenience, you may fax the document to our Loan Resolution Department toll free at 1-866-926-5498.

With reference to your concern regarding the total amount due per CitiMortgage, please refer to our letter of 8/19/2010 and our Debt Validation Letter mailed to you 7/26/2010. At the time you started your Trial Period Plan with CitiMortgage 07/2009 – 09/2009, your mortgage was due for 11/1/2008.  Even though you remitted 4 payments of $1393.67 during 2009, those funds were deposited into a suspense account until there were sufficient funds to complete a full contractual payment of $1773.20 due on 11/1/08, 12/1/08 and 1/1/09.

 Those funds received by CitiMortgage on 3/17/2010 ($2700.00) and 3/23/10 ($1542.72) were applied as contractual payments for 02/2009 and 03/2009 in the amounts of $1773.20; the remaining suspense balance of $951.48 was included with your loan at the time of transfer on 7/15/2010.  Your mortgage remained due for 04/1/2009 at the time of transfer.

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Fri 12/10/10 11:51 AM
To:      MARYAMTHOMAS@HOTMAIL.COM
(MARYAMTHOMAS@HOTMAIL.COM)

Attached is your financial package and IRS Form 4506T.  Please complete both forms and return back to us within 5 days with all documentation.  You may fax this information to 1-866-926-5498.


From: Customer Service Department (customerservice@selenefs.com)
Sent:  Mon 12/13/10 5:31 PM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Mr. and Mrs.  Bennett:

Selene Finance would like to take this opportunity to thank you for your recent request for documents on 12/9/2010.

 As requested, we are attaching a copy of our letter of 12/9/2010 mailed to you from our Loan Resolution Department listing the documents that are still required to complete our review of your financial status.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Wed 12/15/10 7:31 PM
To:     Selene c (customerservice@selenefs.com)


With regards to the missing paperwork that Selene needs. I signed the release to get the needed w-2 forms. We misplaced our  2008 w-2. Can the release we signed be used to get the needed w-2? As far as the Hardship letter I included that when I submitted the paperwork before. What format do you require if what I submitted for the hardship letter does not fit the requirements? The check stubs were submitted as well. I have a fax detail to show the date and time and forms I submitted to Selene. I don't know if what I sent in was correct as far as the hardship letter goes but everything should be in order. If you all need anything other that what was included in the letter that was sent out on the 9th of December please let me know. Thank you for your time.

Sincerely,

Maryam T Bennett

From: Customer Service Department (customerservice@selenefs.com)
Sent:  Tue 12/28/10 7:36 PM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Ms. Bennett:

On 12/28/10, our Loan Resolution Department discussed with you the financial documents that are missing.  Please fax this information to 866-926-5498.

From:  Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Sat 1/22/11 10:33 AM
To:      Selene c (customerservice@selenefs.com)

These are the requested documents with the exception of the 2008 w-2. We don't have it but we have 2009 and 2010 if needed. Thank you for your time.

From: maryamthomas@hotmail.com [mailto:maryamthomas@hotmail.com]
Sent: Tuesday, February 15, 2011 4:07 PM
To: Customer Service Department

Subject: Loan Modification

Created: Feb 15, 2011
Client Id: 575
Loan No: *0443
Name: COBREY BENNETT SR
Property Address: 965 SUMMERFIELD DR
CUMMING GA 30040-0000
Work Phone: (877) 833-5356
Home Phone: (678) 689-9601
Best method to contact: Email address
Best time to contact: Morning

Comments: I still haven't received our loan modification papers. I am writing to find out when can we expect them and what if anything do we have to turn in once we receive the papers. Thank you

Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefinance.com)
Sent:  Thu 3/03/11 5:33 PM
To:      maryamthomas@hotmail.com

Dear Mrs. Bennett:

Selene Finance would like to take this opportunity to thank you for your email concerning your inquiry for the status of a loan modification.

On 02/25/11, you spoke with our Loan Resolution Consultant, Barry Druckman, who confirmed your forbearance plan was extended through 02/2011. Your one-time payment draft of $1773.20 was received and applied to the contractual payment due 09/2009 on 2/28/11.

Your mortgage is being reviewed for loan modification and you will be contacted directly by our Loan Resolution Department should additional documents be required.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Mon 3/12/12 11:12 AM
To:     Selene c (customerservice@selenefs.com)

I have emailed Sara Gutierrez as well as called to get the password info to login to the encrypted info regarding our repayment plan and I have not heard back from Sara and the CSR that I spoke to told me all I had to was type my email address and make up my own password and I should be able to get to my msg. Can someone please send me the some instructions on how to view and print the info I need.

Mrs. Maryam T Bennett

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Wed 4/06/11 2:01 PM
To:     Selene f (customerservice@selenefinance.com)

We have had our home appraised twice over the last 4 months. We have also still waiting to get our loan modification done. We have not heard anything from Selelne regarding either. We have done what was asked of us and want to know how much longer it will be before we hear anything back. Thank you

Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefinance.com)
Sent:  Wed 4/13/11 4:58 PM
To:     maryamthomas@hotmail.com (maryamthomas@hotmail.com)

14

Dear Mr. and Mrs. Bennett:

Selene Finance would like to take this opportunity to thank you for your email concerning your account.

To obtain information about your loan, please call and speak to any of our Loan Resolution Consultants who will be happy to assist you.

From: maryamthomas@hotmail.com
Sent:   Thu 4/14/11 4:56 PM
To:      taiese.brown@selenefinance.com

Thank you Taiese, I appreciate you sending your email address. This is a copy of the fax and email that I sent with the financial info.

Mrs. Maryam T Bennett

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Thu 10/20/11 6:39 PM
To:      j.corley@assuredhomefinancial.com

Hi Jill I know I have not sent in my paperwork. I am really just trying to make sure I am making the right decision. I don't want to do this and then for the mortgage to go up like it did when we did the modification with Selene. My husband and I are both having reservations. I want to know what it is exactly that we are getting by going through your company before we sign off on anything else. Can you send me some paper work of what we are agreeing to and we will have our lawyer read through and let us know we are doing the best thing for our family. Please and Thank you

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Wed 2/22/12 1:10 PM
To:      D S (d.summers@assuredhomefinancial.com)

Checking in to see how the loan restructuring is going.

Mrs. Maryam T Bennett

From: maryamthomas@hotmail.com

Sent:  Tue 2/28/12 4:08 PM
To:     Selene f
Client Id: 575
Loan No: *0443
Name: COBREY BENNETT SR
Property Address: 965 SUMMERFIELD DR
CUMMING GA 30040-0000
Home Phone: (678) 689-9601
Best method to contact: Email address
Best time to contact: Morning

I am writing in regards to our loan. I was working with Assured Home Financial to get
our loan modified because when I had originally spoken with Selene about the loan
modification once we got the paper and sent everything in our loan amount increased by
almost $500.00. I have asked time and  time again for the info on the appraisal of our
home and I still have not gotten the amount. My husband and I think that due to the state
of the housing market we are paying an unfair price for our home because it is worth
less than what we purchased it at in November of 2006. I have copies of all the email
correspondence between Selene, Assured Home Financial and I so if need be I will have
proof that I have tried to get this resolved as well as find out the appraisal amount of our
home so we will know we or not paying way more for the home than it is worth.   I have
gotten letters in response to the fact that my questions were received but never a reply to
my questions only a letter saying that they will look into my inquiry. We want to keep
our home but we a fair price and payment and not for it to increase right after we sign
off on everything like it seems to keep doing. I want an actual reply to this and I will
make sure to send copies of all of my emails I have written to both companies to my
lawyer to make sure we are not being taken advantage of. Please tell me the amounts of
the two appraisals that were done on our home and once we get this we can work on
getting our mortgage up to date. Please and thank you!!

Mrs. Maryam T Bennett

From: maryamthomas@hotmail.com
Sent:  Tue 2/28/12 5:11 PM
To:     J C

Jill I know, I sent that to you in error. I have called and written emails to Assured Home
Financial and this is the first response I have gotten in some time. Can you please tell me
what if anything is going on with your talks with Selene?

16

From: J Corley (j.corley@assuredhomefinancial.com) This sender is in your contact list.
Sent:   Tue 2/28/12 5:19 PM
To:      maryamthomas@hotmail.com

I believe Selene asked that you work with them directly from now on.   Thank You.

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Tue 2/28/12 5:38 PM
To:      J C (j.corley@assuredhomefinancial.com)

So what about the money we paid to your company? And why is this the first thing I am hearing of this today? When did they tell you all that they were going to deal with us directly?

Mrs. Maryam T Bennett

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Mon 3/05/12 3:08 PM
To:      J C (j.corley@assuredhomefinancial.com)
Jill I am writing as proof that I am sending this email to request a refund for 1250.00 for services I paid for that you all were not able to provide as well as late fees and lawyer fees. Don't know the exact cost of these fees as of yet but will tomorrow. Because of the fact that we were not contacted  by Assured Home Financial to let us know that Selene would not work with them but only through direct contact with my husband and I back on January 13, 2012 they are now trying to foreclose on our home. We had no clue as to what was going on becaused AHF had not told us anything and this could have been avoided. I am asking that you all pay any late fees after the 13th of January as well as the Lawyer fees that are expected from the mortgage company because if we were informed that Selene would not work with you we could have tried to come with type of resolution before the foreclosure proceedings were started. I look forward to hearing back from you. If I do not I will contact my lawyer and I will also report your company to the Federal Trade Commission.  www.ftccomplaintassistant.gov
Mrs. Maryam T Bennett

From: Customer Service Department (customerservice@selenefinance.com)
Sent:   Tue 3/13/12 7:02 PM
To:      maryamthomas@hotmail.com (maryamthomas@hotmail.com)

Dear Borrowers:

Selene Finance would like to take this opportunity to thank you for your emails received 3/13/12, 3/6/12 and 2/29/12 concerning your account.

We have forwarded your communication advising you are no longer represented by Assured Home Financial and your authorization rescinding the Cease and Desist request.

On 3/8/12, we forwarded the Forbearance Agreement to you both by email and the US Mail for execution.  Please return the document to our Loan Resolution Department along with the Financial Package by toll free fax at 1-866-926-5498.
Please call our Loan Resolution Department to speak with one of our Consultants regarding any outstanding fees assessed to your account during the collection process. Selene Finance requested an exterior inspection of your home during December 2011 solely on behalf of the holder of your note as confirmed with our Consultant, LaSaundra Franklin, on 3/5/12.

Please refer to the footnote section of your original email from our Customer Service Department which states the following:

Selene Finance Customer Service
From: maryamthomas@hotmail.com
Sent:  Sat 5/05/12 12:05 PM
To:    Carol Hatosy

Hi Carol, Due to things like this in the past that almost cost us our home, We would like something official from both your company as well as Selene that we can have a lawyer look over to make sure that we don't get taken advantage of again. You can send it via mail to our address 965 Summerfield Dr Cumming. GA 30040. Once we get this then we will be happy to work with you.

Sincerely,

Mrs. Maryam T Bennett

From: Carol Hatosy
Sent: Saturday, May 05, 2012 11:28 AM
To: 'maryamthomas@hotmail.com'
Subject: selene Finance / Mortgage Services - Request for information

Dear Mr. Bennett, Sr,

Selene Finance has asked us to contact you to confirm your eligibility for their Principal Reduction program. Current FHA guidelines may allow you to bring your mortgage balance back in line with the current value of your home, while reducing your interest rate and monthly mortgage payment.

When we spoke the other day I requested the following:

- Current Paystubs for you both
- W-2's for 2011 and 2010
- Signed borrowers Authorization and 4506T (attached).

This is a unique opportunity that is only available via Selene Finance. In the event that your loan has already been modified, this is a second step that may allow you to further reduce your monthly payment and mortgage balance. There is no cost to you, and those that are eligible receive substantial benefits – with all closing costs paid by Selene Finance.

Time is of the essence. Please call today direct 240-397-2833, or reply by email to schedule a time to talk. I will be in the office on 5/7/2012 from noon until 8:00 p.m.

Carol Hatosy | Loan Counselor
Mortgage Services III, LLC (MSI)
NMLS # 172606 / # 635842
Toll Free:       1-855-212-8588
Toll Free Fax:   1-855-301-0567
E-Mail:   chatosy@msiloans.biz
5112 Pegasus Court, Suite M
Frederick, MD 21704

From: Carol Hatosy (chatosy@msiloans.biz)
Sent:   Sat 5/05/12 12:53 PM
To:     Maryam Bennett (maryamthomas@hotmail.com)

Good Morning,

Your should be receiving information in the mail from Selene and from us stating that we are working together. Please contact 877-768-3759 and ask them to transfer you to me…Carol Hatosy on Monday 5/5/2012 between noon and 8:00 p.m. EST.

I look forward to working with you in the future.

Carol Hatosy | Loan Counselor
Mortgage Services III, LLC (MSI)
NMLS # 172606 / # 635842

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Mon 5/07/12 3:13 PM
To: Selene c (customerservice@selenefs.com)

This lady Carol Hatosy | Loan Counselor contacted us saying that you called Mortgage
Services III, LLC (MSI) NMLS # 172606 / # 635842

to lower our principal of our home. I want to know if you all in fact did contact them and
will us working with them cause us any trouble with the agreement we have right now.
Please reply so we will know how to handle this situation. Thank You!!

Mrs. Maryam T Bennett

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Tue 5/08/12 10:46 AM
To:      chatosy@msiloans.biz

Carol how would this effect the forbearance we have with Selene right now. Also if we
sign the consent can you get the info you need from Selene?

Mrs. Maryam T Bennett

From: chatosy@msiloans.biz
To: maryamthomas@hotmail.com
Subject: Selene Finance / Mortgage Services - Request for information - Third Request
Date: Tue, 8 May 2012 14:18:29 +0000

Third Request

From: Carol Hatosy (chatosy@msiloans.biz)
Sent:   Tue 5/08/12 10:49 AM
To:      Maryam Bennett (maryamthomas@hotmail.com)
Maryam,

Thank you for your request.  This has no effect on the forbearance that you have
arranged with Selene.  This is an opportunity to refinance if you meet the eligibility

requirements into a 30 year fixed rate at a lower loan amount with reduced interest rates.

I need to speak directly to you for an interview in order to start the process.

Carol Hatosy | Loan Counselor
Mortgage Services III, LLC (MSI)
NMLS # 172606 / # 635842

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Sat 5/12/12 9:53 AM
To:    chatosy@msiloans.biz

 I need these forms Signed borrowers Authorization and 4506T (attached). they were not included with your email. Can you please resend them? Please and Thank you

Mrs. Maryam T Bennett

From: maryamthomas@hotmail.com
Sent:  Sat 5/12/12 12:28 PM
To:    chatosy@msiloans.biz

Ok will do. We got a letter from Selene telling us of working with your company and we got something from your company telling us we could reduce our mortgage but no forms with either.

From: maryamthomas@hotmail.com
Saved: Tue 7/10/12 6:53 PM
To: loria b (lbranch@msiloans.biz); carol h (chatosy@msiloans.biz)

OK you guys this is what I have come up with. Our loan on the second mortgage has a lien on it via https://www.mers-servicerid.org/sis/search United Guaranty Dave Cocharn 336-333-0532 is the man that you all need to speak with. He said that when the mortgage was discharged due to bankruptcy that citimortgage filed a claim through them via their insurance policy. And now they own the deed and Dave is who you need to speak with in order to get the lien removed. What I don't understand is if it was discharged due to the Chapter 7 why does he say we have to work out a settlement. I told him that the house value has dropped significantly due to housing market and that the last appraisal the home decreased at almost by $100,000. The original second mortgage was 77700 we paid on it for over two years and he is saying we owe over $100,000

From:   maryamthomas@hotmail.com
Sent:   Tue 7/17/12 4:44 PM
To:     Loria Branch

Loria I wrote to Carol earlier and I don't know if she got my email but I need help. I tried talking to Selene we had some unexpected expenses come up and because of it I wanted to know if I could make half of the payment on and the other half on the 31st. I had to pay dental expenses for my kids if you like I can send you copies as well cost for an unexpected car repair and because of it if we make the full payment we won't have any extra money until the 31st. We have 4 kids and I have done all I could to get this process done as expediently as possible and I thought this would have been done in June but it is still going on. Can I please get you to speak with them on our behalf. I don't want all our cooperation up to this point to be lost because I had to take care of my family and it left us in a bind. Can you also let me know what we can do to expedite the refi and help me let Selene know we are trying. Please and Thank you for whatever you can do!!

From: maryamthomas@hotmail.com [mailto:maryamthomas@hotmail.com]
Sent: Tuesday, July 31, 2012 8:38 AM
To: Customer Service Department
Subject: Online Payment

Created: Jul 31, 2012
Client Id: 575
Loan No: *0443
Name: COBREY BENNETT SR
Property Address: 965 SUMMERFIELD DR
CUMMING GA 30040-0000
Work Phone: (111) 833-5356
Home Phone: (678) 689-9601
Best method to contact: Email address
Best time to contact: Morning

Comments: I want to schedule a payment of 4275 to post today on loan number 0000050443 with checking account number ending in 9106

From: maryamthomas@hotmail.com
Sent:   Mon 9/10/12 3:44 PM
To:     Loria Branch; Carol Hatosy

Cathy and Loria I got a letter today from Selene telling me that we have been uncooperative and due to that we can't do a forbearance and should consider a short sale or some thing. I have done nothing but what they have asked and I have kept in constant contact with you all during this entire process. The only time a payment was late is when I informed you all of expected expenditures. The payment was made before the 1st of August as promised. Our forbearance agree was from March until July. After our July payment we had been caught up on our payments and we had them come out and do to appraisals which we had to make time for out of our schedules. I just received a letter about a pay off amount received for the second mortgage and I sent Loria an email to ask what we could expect next and I haven't heard back yet. So when I was shocked to hear Selene say that we were uncooperative I was pissed to say the least!!! Can someone please tell us what is going on?!!!


Mrs. Maryam T Bennett

From: Loria Branch (lbranch@msiloans.biz) This sender is in your contact list.
Sent:   Mon 9/10/12 4:55 PM
To:      maryamthomas@hotmail.com
Mrs Bennett


We are waiting for the response from Selene.  What day did you make the August payment?  Our reports are behind for the month of August.
When will you make the September payment?

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:   Mon 9/10/12 5:18 PM
To:      loria b (lbranch@msiloans.biz)
Carol called me Loria. The forbearance we had ended in July. I spoke to them in August and other than the letter I wrote you about those were the only times I had contact with them. When I talked to Carol and I explained this to her she said the same as you about the check and we both agreed it is a miscommunication somewhere. We conferenced in Selene and left a voicemail. I told her I would give her a call or shoot her an email when I hear back and vice versa. I will do the same in regards to you. Whenever I hear back from them I will let you know. I feel much better. I just buried my last maternal Uncle today and I was having a crappy day and when I got that letter it did not help but now I feel much better so thank you for that much. LOL If nothing else I can say it took my mind off my grief no matter how briefly.

Mrs. Maryam T Bennett

Sent: Thursday, September 13, 2012 2:32 PM
To: Carol Hatosy; Loria Branch
Subject: Selene

Hey you guys I just heard back from Selene and we set up another forbearance and made
the down payment so everything is squared away with them. I wanted to let you know
Laura said she will send you all an email as well. Have you gotten the appraisal back
yet?

Mrs. Maryam T Bennett

From: Carol Hatosy (chatosy@msiloans.biz) This sender is in your contact list.
Sent:  Thu 9/13/12 3:14 PM
To:    Maryam Bennett (maryamthomas@hotmail.com)
Cc:    Loria Branch (lbranch@msiloans.biz); Brian Atha (batha@msiloans.biz)
Mrs. Bennett,

Congratulations!  I am unable to contact you on your cell phone as the mailbox is full.
Please be advised that we are on hold with your request until approximately 11/1/2012
pending your on time payments for the next three months on the new forbearance plan
you entered into with Selene Finance today.

Would you please contact me some time tomorrow between 10:00 a.m. and 5:00 p.m. so
that I can review your disclosure package with you.

Thank you for keeping in touch.

Carol Hatosy | Loan Counselor
Mortgage Services III, LLC (MSI)
NMLS # 172606 / # 635842

From: Maryam Bennett (maryamthomas@hotmail.com)
Sent:  Mon 10/08/12 3:45 PM
To:    carol h (chatosy@msiloans.biz)
Hey Carol I made second payment today! This is the second payment can we go ahead
and get this refi restarted?

Mrs. Maryam T Bennett