# Exhibit B

## Proof of Payments

## Joinder Of Claims

## Case No. **Civil Action No.: 2:13-cv-00243-JCF**

Bennett,

v.

Ocwen, et. al.,

The Plaintiffs declare under penalty of perjury that all information listed in this exhibit is true and correct to the best of their knowledge as of June 8. 2014

On the statement dated March 07, 2013, Ocwen, claimed the total amount due was $5,275.79, which is a total of 3 of the Paintiffs', monthly payment, with late fees. The Plaintiffs, made their January payment, within the grace period & it cleared on1/17/13. This statement is a false representation. The January payment had cleared almost 6 weeks before the statement dated March 07, 2013. Also there was a payment made to Ocwen, on 03/04/13, in the amount of $1735.46. If Ocwen, considered the Payment as unsettled due to non-payment of late fees, there would have only been one because,

February payment. The January payment cleared on 01/17/13 which means it had to have gotten

to Ocwen, on time, and back to the bank for it to have cleared by the seventeenth.

The late fee was $69.01, they had gotten a payment on 3/4/13, Ocwen sent their statement on

3/7/13. Ocwen's statement, would have been correct if it stated an amount of $1804.47 was due.

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

| | | | |
|---|---|---|---|
| Account Number | 7123000874 | **Details of Amount Due/Paid** | |
| Statement Date | March 07, 2013 | Principal and Interest | $1,401.54 |
| Maturity Date | December 01, 2042 | Subsidy/Buydown | $0.00 |
| Interest Rate | 4.25000 | Escrow | $333.92 |
| Interest Paid Year-to-Date | $0.00 | Amount Past Due | $3,470.92 |
| Taxes Paid Year-to-Date | $0.00 | Outstanding Late Charges | $69.41 |
| Escrow Balance | $479.84 | Other | $0.00 |
| Principal Balance(PB)* | $284,507.48 | Total Amount Due | $5,205.79 |
| | | Account Due Date | February 01, 2013 |

**For Customer Care inquiries call:  1-800-766-4622**
**For Insurance inquiries call:      1-800-256-9962**
**For Payment Arrangements call:  1-800-850-4622**

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Receipt | 01/01/13 | 03/07/13 | $479.84 | | | $479.84 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

!Attention Military Families!  We are committed to doing what we can to support our customers in the military.  If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

**See Reverse Side And Additional Pages For Important Information And State Specific Disclosures**

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee If Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| 7123000874 | 02/01/13 | $1,735.46 | $5,205.79 | $1,735.46 | OCWEN |

COBREY BENNETT

| Please assist us in applying your payment | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to receive information on monthly ACH. See back for details.

OCWEN LOAN SERVICING, LLC
PO BOX 9001719
LOUISVILLE KY 40290-1719



02   0213   7123000874   00173546   00000   22222   3

Proof of Faxes Sent to CITIMORTGAGE before the loan was sold to Selne

Prepared By:
**TABITHA MARSHALL**
**MORTGAGE SERVICES III, LLC**
**502 N. HERSHEY RD**
**BLOOMINGTON, IL 61704**


When Recorded Mail To:
**MORTGAGE SERVICES III, LLC**
**502 N HERSHEY RD**
**BLOOMINGTON, IL 61704**
ATTN: **FINAL DOCS**

---

[Space Above This Line For Recording Data]

## SECURITY DEED

**BENNETT**
Loan #: DC12050122
MIN: 100588312060535736
PIN: C03-000-134
Case #: 105-7098247-821

    THIS SECURITY DEED ("Security Instrument") is given on **NOVEMBER 19, 2012**. The grantor is **COBREY BENNETT, SR. AND MARYAM BENNETT, J/T/W/R/O/S** ("Borrower"). This Security Instrument is given to Mortgage Electronic Registration Systems, Inc. ("MERS") (solely as nominee for Lender, as hereinafter defined, and Lender's successors and assigns), as beneficiary. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, Michigan 48501-2026, telephone (888) 679-MERS. **MORTGAGE SERVICES III, LLC,** is which is organized and existing under the laws of **ILLINOIS**, and whose address is **502 NORTH HERSHEY RD., BLOOMINGTON, IL 61704** ("Lender"). Borrower owes Lender the principal sum of **TWO HUNDRED EIGHTY-FOUR THOUSAND NINE HUNDRED AND 00/100** Dollars (U.S. **$284,900.00**). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on **DECEMBER 1, 2042**. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS, with power of sale, the following described property located in **FORSYTH** County, Georgia:
**LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.**
which has the address of **965 SUMMERFIELD DR**, CUMMING, Georgia **30040** ("Property Address");

    TO HAVE AND TO HOLD this property unto MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument; but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited

Notice in the Selene statements no matter how much the Plaintiffs, paid the late fee amount stayed at $660.48



# SELENE
### FINANCE™

PO Box 422039
Houston, TX 77242-4239

47016-000470-001
COBREY BENNETT SR
965 SUMMERFIELD DR
CUMMING GA  30040-1016

## ACCOUNT STATEMENT

| | |
|---|---|
| **Account Number:** | **0000050443** |
| **Account Statement Date:** | **05/10/2012** |
| **Property Address:** | |
| | 965 SUMMERFIELD DR |
| | CUMMING GA 30040 |

**WWW.SELENEFINANCE.COM**
**CUSTOMER SERVICE 1-877-735-3637**
**HEARING IMPAIRED CALL 711 OR 800-735-2989**

## ACCOUNT INFORMATION

| | |
|---|---|
| * Current Principal Balance: | $225,920.22 |
| Escrow Balance: | $749.60 |
| Interest Rate: | 6.00000% |
| Interest Due: | $0.00 |
| Next Payment Due Date: | 01/01/2012 |
| Interest Paid Year-To-Date: | $5,136.81 |
| Taxes Paid Year-To-Date: | $0.00 |
| Previous Paid Through Date: | 04/13/2012 |

*This is the principal balance only, not the amount required to pay your account in full.

## DETAILS OF AMOUNT DUE

| | |
|---|---|
| Current Amount Due: | |
| Past Due Amount: | $9,702.45 |
| Principal / Interest: | $1,651.28 |
| Monthly Escrow: | $289.21 |
| Late Charges: | $660.48 |
| Fees/Other: | $0.00 |
| Opt. Ins.: | $0.00 |
| Total Amount Due: | $12,303.42 |
| | |
| Suspense: | $13.04 |
| Corporate Advance: | $766.75 |

## RECENT ACCOUNT ACTIVITY

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/12 | Payment Applied | | | | | | | 4,275.00 | 4,275.00 |
| 04/13/12 | Payment Applied | 366.16 | 1,285.12 | 289.21 | | | | 5,821.47- | |
| 04/13/12 | Payment Applied | 367.99 | 1,283.29 | 289.21 | | | | | |
| 04/13/12 | Payment Applied | 369.83 | 1,281.45 | 289.21 | | | | | |

## IMPORTANT MESSAGES

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.



# SELENE™
## FINANCE

PO Box 422039
Houston, TX 77242-4239

47223-000436-001
COBREY BENNETT SR
965 SUMMERFIELD DR
CUMMING GA  30040-1016

## ACCOUNT STATEMENT

| | |
|---|---|
| **Account Number:** | **0000050443** |
| **Account Statement Date:** | **08/10/2012** |
| **Property Address:** | |
| | 965 SUMMERFIELD DR |
| | CUMMING GA 30040 |

**WWW.SELENEFINANCE.COM**
**CUSTOMER SERVICE 1-877-735-3637**
**HEARING IMPAIRED CALL 711 OR 800-735-2989**

## ACCOUNT INFORMATION

| | |
|---|---|
| * Current Principal Balance: | $253,662.81 |
| Escrow Balance: | $2,484.86 |
| Interest Rate: | 6.00000% |
| Interest Due: | $0.00 |
| Next Payment Due Date: | 07/01/2012 |
| Interest Paid Year-To-Date: | $12,786.38 |
| Taxes Paid Year-To-Date: | $0.00 |
| Previous Paid Through Date: | 07/31/2012 |

*This is the principal balance only, not the amount required to pay your account in full.

## DETAILS OF AMOUNT DUE

| | |
|---|---|
| Current Amount Due: | |
| Past Due Amount: | $3,880.98 |
| Principal / Interest: | $1,651.28 |
| Monthly Escrow: | $289.21 |
| Late Charges: | $660.48 |
| Fees/Other: | $0.00 |
| Opt. Ins.: | $0.00 |
| Total Amount Due: | $6,481.95 |
| | |
| Suspense: | $1,195.63 |
| Corporate Advance: | $766.75 |

## RECENT ACCOUNT ACTIVITY

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/12 | Payment Applied | 379.16 | 1,272.12 | 289.21 | | | | 394.55 | 4,275.53 |
| 07/31/12 | Payment Applied | 381.06 | 1,270.22 | 289.21 | | | | | |

## IMPORTANT MESSAGES

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE,
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

005-0814-1100F

# SELENE™
### FINANCE

PO Box 422039
Houston, TX 77242-4239

47280-000434-001
COBREY BENNETT SR
965 SUMMERFIELD DR
CUMMING GA  30040-1016

## ACCOUNT STATEMENT

| | |
|---|---|
| **Account Number:** | **0000050443** |
| **Account Statement Date:** | **09/10/2012** |
| **Property Address:** | |
| | 965 SUMMERFIELD DR |
| | CUMMING GA 30040 |

**WWW.SELENEFINANCE.COM**
**CUSTOMER SERVICE 1-877-735-3637**
**HEARING IMPAIRED CALL 711 OR 800-735-2989**

## ACCOUNT INFORMATION

| | |
|---|---|
| * Current Principal Balance: | $253,662.81 |
| Escrow Balance: | $2,484.86 |
| Interest Rate: | 6.00000% |
| Interest Due: | $0.00 |
| Next Payment Due Date: | 07/01/2012 |
| Interest Paid Year-To-Date: | $12,786.38 |
| Taxes Paid Year-To-Date: | $0.00 |
| Previous Paid Through Date: | 07/31/2012 |

*This is the principal balance only, not the amount required to pay your account in full.

## DETAILS OF AMOUNT DUE

| | |
|---|---|
| Current Amount Due: | |
| Past Due Amount: | $5,821.47 |
| Principal / Interest: | $1,651.28 |
| Monthly Escrow: | $289.21 |
| Late Charges: | $660.48 |
| Fees/Other: | $0.00 |
| Opt. Ins.: | $0.00 |
| Total Amount Due: | $8,422.44 |
| | |
| Suspense: | $1,195.63 |
| Corporate Advance: | $766.75 |

## RECENT ACCOUNT ACTIVITY

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | There were not any transactions for this statement period. | | | | | | | | |

## IMPORTANT MESSAGES

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

005-0814-1100F

Proof of payment to Selene 2011

## Check Image Print

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110103 | 75078454 | 5134 | 1773.20 | 20110103 | |



**Check Image Print**

User ID: UGED52                                                                          Date: 05/15/2014
Report ID: Check Image Print                                                             Time: 14:03:34

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110202 | 75046110 | 5140 | 1773.20 | 20110202 | |



**Check Image Print**

User ID: UGED52
Report ID: Check Image Print

Date: 05/15/2014
Time: 14:04:47

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110415 | 77057406 | 5157 | 1773.78 | 20110415 | |



**Check Image Print**

User ID: UGED52                                                    Date: 05/15/2014
Report ID: Check Image Print                                       Time: 14:07:42

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110502 | 74142032 | 5158 | 1773.20 | 20110502 | |





Case 2:13-cv-00243-WCO   Document 63-2   Filed 06/09/14   Page 15 of 45

**Check Image Print**

User ID: UGED52                                          Date: 05/15/2014
Report ID: Check Image Print                             Time: 14:09:47

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110707 | 77061447 | 5165 | 1980.38 | 20110707 | |



**Check Image Print**

User ID: UGED52
Report ID: Check Image Print

Date: 05/15/2014
Time: 14:09:21

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110804 | 74114470 | 5169 | 1940.49 | 20110804 | |



## Check Image Print

User ID: UGED52
Report ID: Check Image Print

Date: 05/15/2014
Time: 14:13:44

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20110902 | 78010326 | 5172 | 1940.49 | 20110902 | |



Payments made to Selene in 2012 (Includes one payment of $3,500, 3 payments of $4,275, a payment of $1,940.49 & $2,639.68).



Customer Copy   Not Negotiable
## Official Check

SUNTRUST

64-70/611
8832390309

Center

Initials (type)

$

Fraud Protected
by Positive Pay

Date

Purchaser

PAY

To the
Order
of

Payable at SunTrust Bank

⑈8832390309⑈

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

Non-Negotiable

Authorized Signature

11281038
(Rev. 4/05)

Harland Clarke M530

50082

**Check Image Print**

User ID: UGED52                                                              Date: 05/15/2014
Report ID: Check Image Print                                                 Time: 14:17:08

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20120416 | 76207352 | 5205 | 4275.00 | 20120416 | |



## Check Image Print

User ID: UGED52                                                    Date: 05/15/2014
Report ID: Check Image Print                                       Time: 14:17:22

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20120516 | 74082142 | 5208 | 4275.00 | 20120516 | |



### Check Image Print

**User ID:** UGED52
**Report ID:** Check Image Print

**Date:** 05/15/2014
**Time:** 14:18:01

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 20120620 | 75013114 | 5216 | 4275.00 | 20120620 | |





# Loan Activity

| | |
|---|---|
| **Loan Number:** | 0000050443 |
| **Property Address:** | 985 SUMMERFIELD DR<br>CUMMING, GA 30040-0000 |
| **Borrower Name:** | COBREY BENNETT SR |

## Balances:

| | |
|---|---|
| Principal balance: | $0.00 |
| Escrow balance: | $0.00 |
| Unpaid late charges: | $0.00 |

Disclosure: The transactions displayed within the payment history reflect funds that you have paid and do not necessarily represent funds that are due.

| view all | view payments | view escrow |
|---|---|---|

| Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance | Principal Balance |
|---|---|---|---|---|---|---|---|
| 11/28/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $200,330.76 | $1,176.72 | $271,184.48 |
| 11/09/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $1,176.72 | $323,662.13 |
| 11/09/2012 | Payment Applied | $388.74 | $1,262.54 | $289.21 | $0.00 | $1,176.72 | $323,662.13 |
| 11/09/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $887.51 | $324,050.87 |
| 11/09/2012 | Payment Applied | $386.81 | $1,264.47 | $289.21 | $0.00 | $887.51 | $324,050.87 |
| 11/09/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $2,639.68 | $598.30 | $324,437.68 |
| 10/10/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $598.30 | $324,437.68 |
| 10/10/2012 | Payment Applied | $384.88 | $1,266.40 | $289.21 | $2,639.68 | $598.30 | $324,437.68 |
| 09/17/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $2,774.07 | $324,822.56 |
| 09/15/2012 | Payment Applied | $382.97 | $1,268.31 | $289.21 | $1,940.49 | $2,774.07 | $324,822.56 |
| 07/31/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $2,484.86 | $325,205.53 |
| 07/31/2012 | Payment Applied | $381.06 | $1,270.22 | $289.21 | $0.00 | $2,484.86 | $325,205.53 |
| 07/31/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $2,195.65 | $325,586.59 |
| 07/31/2012 | Payment Applied | $379.16 | $1,272.12 | $289.21 | $4,275.53 | $2,195.65 | $325,586.59 |
| 06/18/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $1,906.44 | $325,965.75 |
| 06/18/2012 | Payment Applied | $377.28 | $1,274.00 | $289.21 | $0.00 | $1,906.44 | $325,965.75 |
| 06/18/2012 | Payment Applied | $0.00 | $0.00 | $0.00 | $0.00 | $1,617.23 | $326,343.03 |
| 06/18/2012 | Payment Applied | $375.40 | $1,275.88 | $289.21 | $0.00 | $1,617.23 | $326,343.03 |

Copyright © 2000 - 2014. Lender Processing Services, Inc. All Rights Reserved.

4/29/2014 4:26 PM

Examples of different amounts listed Plaintiffs, were to pay are different, including, the amount in the Truth in Lending Statement.

O C W E N

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

## Welcome to Ocwen: Important Information

**COBREY BENNETT**

OCWEN LOAN #:  7123000874

**PROPERTY ADDRESS: 965 SUMMERFIELD DR  CUMMING, GA  30040**

Ocwen Loan Servicing, LLC ("Ocwen") would like to welcome you as a new customer. Please rest assured that we value your business and look forward to assisting you in the future as HELPING HOMEOWNERS IS WHAT WE DO!™

You should send all payments or correspondence related to your mortgage loan to the appropriate address as follows:

| **PAYMENTS** | **CORRESPONDENCE** |
|---|---|
| **Ocwen Loan Servicing, LLC** | **Ocwen Loan Servicing, LLC** |
| **P.O. Box 6440** | **Attn: Customer Care Center** |
| **Carol Stream, IL 60197-6440** | **P.O. Box 24738** |
| | **West Palm Beach, FL  33416-4738** |

For Western Union Quick Collect users, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find a Location".  At the location, please pay to name "OCWEN" and provide the loan number. If you use a Bill Pay Service, you will also need to inform them of this payment address. All Payments and correspondence sent to Ocwen should include your Ocwen Loan Number, as shown above.  For your convenience, we have included a temporary payment coupon in this letter.

**How can I set up automatic payments?**
Ocwen's Automatic Clearing House (ACH) program is the most convenient, economical and time effective way possible for you to make your monthly mortgage payment. Please complete the brief application below and submit it along with a voided check by mail or fax to the Correspondence Address listed above. You will receive a confirmation letter for successful enrollment in the ACH program, which will clearly identify the date of your first scheduled ACH draft payment. Note that no changes can be made to the payment drafts within 3 business days before or after each scheduled draft date. By submitting this application you authorize Ocwen to increase the withdrawal amount in the event that your monthly payment increases due to escrow and/or increases in your interest rate if applicable.

**How can I get information about my account?**
You can access Ocwen's website and/or automated telephone system which will provide you with information regarding your account 24-hours a day. These systems have been designed to provide you with the most frequently requested services or information. They may include, but are not limited to, options to obtain payment histories, a payoff or reinstatement quote, status of your credit reporting, payment options, status of tax and insurance payments, financial hardship options and frequently asked questions (FAQ).
Website: www.ocwen.com          Telephone Number: (800)746-2936

**If I cannot resolve my issue online, what number do I call and what are the hours?**
Ocwen's toll free number is (800)746-2936. Our Customer Care Center may be reached Monday through Friday, 8:00am to 9:00pm, Saturday, 8:00am to 5:00pm, and Sunday, 12:00pm to 9:00pm Eastern Standard Time.

**Where do I go for help if I am having financial difficulties?**
We can help you. We offer a number of specialized programs that can be designed to fit your situation. Please go to www.ocwen.com for information and to download an application for assistance. You can login using your Ocwen loan number.

Thank you once again for your business. We are excited to have the opportunity to work with you.

Sincerely,
Ocwen Loan Servicing, LLC
NMLS # 1852

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

---

## ACH Application

Loan Number: 7123000874                    Name:    COBREY BENNETT

Mailing Address: _____        Draft from:   Savings   Checking
_____                          Draft Date*:   1st   5th      10th      15th   20th   25th   30th
Name of Debit Bank: _____      *Draft must be within grace period or application will be rejected.
Account Number: _____
Bank Routing ID (ABA) Number:                    I would like additional funds drafted each month in the amount

# IMPORTANT NOTICE OF LOAN TERMS

**BENNETT**
Loan #: **DC12050122**
MIN: **100588312060535736**

OFFERED BY:

**FHA CALL CENTER**  _____     MB No.:  _____ _____ _____ _____
Name of LICENSED MORTGAGE BROKER Business

_____ _____ _____     **5112 PEGASUS COURT, SUITE M, FREDERICK, MD 21704**
_____
Name of Person Arranging the Loan     Address of Mortgage Broker

## 1. MORTGAGE BROKER FEES WHICH YOU WILL PAY:

We are a **MORTGAGE BROKER.** We do not fund loans. We are charging you fees to arrange a mortgage loan from a mortgage lender. These are the fees we are charging you:

| | | | |
|---|---|---|---|
| Application fee: | $ _____ | Processing Fee: | $ _____ |
| Origination fee: | $ _____ | Broker Fee: | $ _____ |
| Other: | $ _____ | **TOTAL:** | $ _____ |

## 2. MORTGAGE BROKER FEES WHICH THE LENDER WILL PAY:

We may be receiving a fee or other compensation from the lender for arranging this loan. We are receiving fees in this amount from the lender: $_____. This payment from the lender to us was calculated as follows:
_____
_____

**Note:** Massachusetts regulations (940 C.M.R. 8.06(17)) make it unlawful for us, as mortgage broker, to arrange a loan if our financial interest conflicts with your interests. For example, as broker we cannot increase our own compensation by arranging a loan for you with higher interest rates or less favorable terms than those for which you would otherwise qualify.

## 3. YOUR MORTGAGE LOAN TERMS:

You have applied for a mortgage loan based on the following terms:

(a)   **Total loan amount: $284,900.00**

(b)   **Term:** 30 yrs: ☒   20 yrs: ☐   15 yrs: ☐   Other: ____ yrs. ☐

(c)   **Fixed or Adjustable Interest Rates and Scheduled Payments** (complete (1) or (2), as applicable):

   (1) ☒ This loan provides a **fixed interest rate** for the full term.

   Your Fixed Interest Rate: **4.250%**.

   Your Scheduled Monthly payment, at present, will be: **$1,401.54**.

# FIRST PAYMENT LETTER

**BENNETT**
Loan #: **DC12050122**
MIN: **100588312060535736**

DATE: **NOVEMBER 19, 2012**

LOAN NUMBER: **DC12050122**

PROPERTY ADDRESS: **965 SUMMERFIELD DR, CUMMING, GA 30040**

In the event that mortgage insurance is required on the above loan, the undersigned agree that **MORTGAGE SERVICES III, LLC**, its successors and assigns, ("Mortgagee") may at any time during the mortgage term and in its discretion apply for renewal of mortgage guaranty insurance covering the mortgage executed by the undersigned of even date herewith, pay the premiums due by reason thereof, and require repayment to Mortgagee by the undersigned of such amounts. Failure to do so shall be considered a default and all provisions of the Note and Mortgage/Deed of Trust/Security Deed/Security Instrument with regard to default shall be applicable.

The undersigned understands that any maintenance fee due in connection with the above property will not be collected in the escrow/reserve account. That same will be billed to the undersigned and paid by the undersigned directly to the maintenance association.

The first regular monthly payment on the above mortgage loan is due on **JANUARY 1, 2013**. Based on the preliminary information now available for the amount of taxes and insurance, the undersigned understands that the ESTIMATE of the total monthly payment is as follows:

| | | |
|---|---|---|
| Principal and Interest | $ | **1,401.54** |
| Homeowner's Insurance | $ | **128.50** |
| Mortgage Insurance | $ | **277.85** |
| Property Taxes | $ | **205.42** |
| | $ | |
| | $ | |
| **TOTAL PAYMENT:** | $ | **2,013.31** |

The undersigned further acknowledge that monthly coupons/statements and a supply of self-addressed envelopes will be sent to the undersigned, and that the amount of monthly payment may differ from the amount shown above, depending upon the latest estimate of the amount for taxes and insurance.

RECEIVED AND ACKNOWLEDGED:

_____

**- BORROWER - COBREY BENNETT SR. - DATE -**

PAYMENT MUST BE SENT TO:
**SELENE FINANCE, ATTN: CASHIERING**
**PO BOX 421639**
**HOUSTON, TX 77242**

# Payment Schedule

## Itemization of Total of Payments on the Truth-In-Lending Disclosure Statement

BENNETT
Loan #: DC12050122
MIN: 100588312060535736

Date:            NOVEMBER 19, 2012
Lender:          MORTGAGE SERVICES III, LLC
Borrower(s):     COBREY BENNETT SR.
Property Address: 965 SUMMERFIELD DR, CUMMING, GA 30040

| Number of Payments | Monthly Payments of* | Payments are Due Monthly beginning: |
|---|---|---|
| 12 | $1,679.39 | JANUARY 1, 2013 |
| 12 | $1,674.58 | JANUARY 1, 2014 |
| 12 | $1,669.56 | JANUARY 1, 2015 |
| 12 | $1,664.32 | JANUARY 1, 2016 |
| 12 | $1,658.85 | JANUARY 1, 2017 |
| 12 | $1,653.15 | JANUARY 1, 2018 |
| 9 | $1,647.20 | JANUARY 1, 2019 |
| 278 | $1,401.54 | OCTOBER 1, 2019 |
| 1 | $1,399.24 | DECEMBER 1, 2042 |

| **Total of Payments** | **$525,850.36** |
|---|---|

# Instructions

**Understanding which charges can change at settlement**

This GFE estimates your settlement charges. At your settlement, you will receive a HUD-1, a form that lists your actual costs. Compare the charges on the HUD-1 with the charges on this GFE. Charges can change if you select your own provider and do not use the companies we identify. (See below for details.)

| These charges **cannot increase** at settlement: | The total of these charges **can increase up to 10%** at settlement: | These charges **can change** at settlement: |
|---|---|---|
| • Our origination charge<br>• Your credit or charge (points) for the specific interest rate chosen *(after you lock in your interest rate)*<br>• Your adjusted origination charges *(after you lock in your interest rate)*<br>• Transfer taxes | • Required services that we select<br>• Title services and lender's title insurance *(if we select them or you use companies we identify)*<br>• Owner's title insurance *(if you use companies we identify)*<br>• Required services that you can shop for *(if you use companies we identify)*<br>• Government recording charges | • Required services that you can shop for *(if you do not use companies we identify)*<br>• Title services and lender's title insurance *(if you do not use companies we identify)*<br>• Owner's title insurance *(if you do not use companies we identify)*<br>• Initial deposit for your escrow account<br>• Daily interest charges<br>• Homeowner's insurance |

**Using the tradeoff table**

In this GFE, we offered you this loan with a particular interest rate and estimated settlement charges. However:

- If you want to choose this same loan with **lower settlement charges**, then you will have a **higher interest rate**.
- If you want to choose this same loan with a **lower interest rate**, then you will have **higher settlement charges**.

If you would like to choose an available option, you must ask us for a new GFE.

*Loan originators have the option to complete this table. Please ask for additional information if the table is not completed.*

|  | The loan in this GFE | The same loan with lower settlement charges | The same loan with a lower interest rate |
|---|---|---|---|
| Your initial loan amount | $     284,900.00 | $ | $ |
| Your initial interest rate [1] | 4.250 % | % | % |
| Your initial monthly amount owed | $     1,679.39 | $ | $ |
| Change in the monthly amount owed from this GFE | No change | You will pay $<br>more every month | You will pay $<br>less every month |
| Change in the amount you will pay at settlement with this interest rate | No change | Your settlement charges will be reduced by<br>$ | Your settlement charges will increase by<br>$ |
| How much your total estimated settlement charges will be | $     11,051.73 | $ | $ |

[1] For an adjustable rate loan, the comparisons above are for the initial interest rate before adjustments are made.

**Using the shopping chart**

Use this chart to compare GFEs from different loan originators. Fill in the information by using a different column for each GFE you receive. By comparing loan offers, you can shop for the best loan.

|  | This loan | Loan 2 | Loan 3 | Loan 4 |
|---|---|---|---|---|
| Loan originator name | MORTGAGE SERVICES III, L.L.C. | | | |
| Initial loan amount | $     284,900.00 | | | |
| Loan term | 30   years | | | |
| Initial interest rate | 4.250 % | | | |
| Initial monthly amount owed | $     1,679.39 | | | |
| Rate lock period | 12   days | | | |
| Can interest rate rise? | NO | | | |
| Can loan balance rise? | NO | | | |
| Can monthly amount owed rise? | NO | | | |
| Prepayment penalty? | NO | | | |
| Balloon payment? | NO | | | |
| Total Estimated Settlement Charges | $     11,051.73 | | | |

**If your loan is sold in the future**

Some lenders may sell your loan after settlement. Any fees lenders receive in the future cannot change the loan you receive or the charges you paid at settlement.

The home's Fair Market value was listed as $235,000.00

Selene, has the final payment made to our account on 11/28/12 listed as $200,330.76

On the Assets and Liabilities section l. Other Credits (explain) it is listed as

**OTHER**: $62,840.71

The Plaintiffs loan amount was for $284,900.00

## VI.  ASSETS AND LIABILITIES (cont'd)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| **965 SUMMERFIELD DR CUMMING, GA  30040-** | | S  235,000.00 | $  325,206.00 | $  0.00 | 1,651.00 | 289.00 | $  0.00 |
| | | | | | | | |
| | | | | | | | |
| | Totals | $  235,000.00 | $  325,206.00 | $  0.00 | 1,651.00 | $  289.00 | $  0.00 |

**List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):**

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

| VII.  DETAILS OF TRANSACTION | | VIII.  DECLARATIONS | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Yes | No | Yes | No |
| a.  Purchase price | $ | a.  Are there any outstanding judgments against you? | | X | | |
| b.  Alterations, improvements, repairs | 0.00 | b.  Have you been declared bankrupt within the past 7 years? | X | | | |
| c.  Land (if acquired separately) | 0.00 | c.  Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d.  Refinance (incl. debts to be paid off) | 336,603.00 | d.  Are you a party to a lawsuit? | | X | | |
| e.  Estimated prepaid items | 2,594.01 | e.  Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title or deed in lieu of foreclosure, or judgment? | | X | | |
| f.  Estimated closing costs | 3,643.70 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | |
| g.  PMI, MIP, Funding Fee | 4,900.00 | | | | | |
| h.  Discount (if Lender will pay) | 0.00 | | | | | |
| i.  Total costs (add items a through h) | 347,740.71 | f.  Are you presently delinquent or in default on any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| j.  Subordinate financing | 0.00 | | | | | |
| k.  Borrower's closing costs paid by Seller | 0.00 | g.  Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| l.  Other Credits (explain)  **OTHER** | 62,840.71 | h.  Is any part of the down payment borrowed? | | X | | |
| | 0.00 | i.  Are you a co-maker or endorser on a note? | | X | | |
| | 0.00 | j.  Are you a U.S. citizen? | X | | | |
| m.  Loan amount (exclude PMI, MIP, Funding Fee financed) | 280,000.00 | k.  Are you a permanent resident alien? | | X | | |
| n.  PMI, MIP, Funding Fee financed | 4,900.00 | l.  Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| o.  Loan amount (add m & n) | 284,900.00 | m.  Have you had an ownership interest in a property in the last three years? | X | | | |
| p.  Cash from/to Borrower (subtract j, k, l & o from i) | 0.00 | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| | | (2) How did you hold title to the home—by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX.  ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X  **COBREY BENNETT SR.** | | X | |

## X.  INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

These were sent to the Plaintiffs, after Ocwen acknowledged receipt of a cease and desist and if they had anything to give to the Plaintiffs, do so through their counsel.



**OCWEN**

PO Box 780
3451 Hammond Ave.
Waterloo, IA  50704-0788
1-800-766-4622

**Important Note:** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: 7123000874

PROPERTY ADDRESS:
965 SUMMERFIELD DRIVE
CUMMING GA 30040-0000

ANALYSIS DATE: DECEMBER 20, 2013

49394-0000342-001
COBREY BENNETT
965 SUMMERFIELD DR
CUMMING GA   30040-1016

### PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

**Section 1:**

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FHA RISK BASED | FEBRUARY 2014 | 277.85 | 277.85 |
| FHA RISK BASED | MARCH 2014 | 277.85 | 277.85 |
| FHA RISK BASED | APRIL 2014 | 277.85 | 277.85 |
| FHA RISK BASED | MAY 2014 | 277.85 | 277.85 |
| FHA RISK BASED | JUNE 2014 | 277.85 | 277.85 |
| FHA RISK BASED | JULY 2014 | 277.85 | 277.85 |
| FHA RISK BASED | AUGUST 2014 | 277.85 | 277.85 |
| FHA RISK BASED | SEPTEMBER 2014 | 277.85 | 277.85 |
| FHA RISK BASED | OCTOBER 2014 | 277.85 | 277.85 |
| FIRE | NOVEMBER 2014 | 1,540.00 | 0.00 |
| FHA RISK BASED | NOVEMBER 2014 | 277.85 | 277.85 |
| COUNTY | NOVEMBER 2014 | 2,442.13 | 2,464.98 |
| FHA RISK BASED | DECEMBER 2014 | 277.85 | 277.85 |
| FHA RISK BASED | JANUARY 2015 | 277.85 | 277.85 |
| | TOTAL ANNUAL DISBURSEMENTS: | 7,316.33 | 5,799.18 |
| | TOTAL ESCROW PAYMENT: | 609.69 | 483.26 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $2,502.33, your new total payment will automatically be adjusted to $2,011.23 effective with your FEBRUARY 01, 2014 payment. If you do not pay the shortage, your total payment effective FEBRUARY 01, 2014 will be $2,219.75.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 609.69 | 483.26 |
| Surplus/Shortage | 208.52 | 94.18 |
| Escrow Shortage Spread 12 Months | | |
| Total | 818.21 | 577.44 |
| Principal/Interest | 1,401.54 | 1,401.54 |
| Total Payment | 2,219.75 | 1,978.98 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.
To reach our tax department call: 1-877-261-5760.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

680-0680-1200F

**Section 2:**

ANALYSIS TYPE: 1/6 AGGREGATE
PROJECTED ESCROW BALANCE AS OF: JANUARY 31, 2014

ACCOUNT NUMBER: 7123000874
-1,174.92 *

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| ROJECTED BALANCE | | | 1,174.92- | 1,327.41 |
| 2/01/14 | 609.69 | 277.85- | 843.08- | 1,659.25 |
| 3/01/14 | 609.69 | 277.85- | 511.24- | 1,991.09 |
| 4/01/14 | 609.69 | 277.85- | 179.40- | 2,322.93 |
| 5/01/14 | 609.69 | 277.85- | 152.44 | 2,654.77 |
| 6/01/14 | 609.69 | 277.85- | 484.28 | 2,986.61 |
| 7/01/14 | 609.69 | 277.85- | 816.12 | 3,318.45 |
| 8/01/14 | 609.69 | 277.85- | 1,147.96 | 3,650.29 |
| 9/01/14 | 609.69 | 277.85- | 1,479.80 | 3,982.13 |
| 0/01/14 | 609.69 | 277.85- | 1,811.64 | 4,313.97 |
| 1/01/14 | 609.69 | 1,540.00- | 881.33 | 3,383.66 |
| 1/01/14 | .00 | 277.85- | 603.48 | 3,105.81 |
| 1/01/14 | .00 | 2,442.13- | 1,838.65- | 663.68 L |
| 2/01/14 | 609.69 | 277.85- | 1,506.81- | 995.52 |
| 1/01/15 | 609.69 | 277.85- | 1,174.97- | 1,327.36 |

Current Escrow Balance: 3,635.96-

| Esc Rcnts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 08/13 | 333.92 | 01/01/14 | 273.04 |
| 09/13 | 333.92 | | |
| 10/13 | 2,066.24 * | | |

\*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
-1,838.65

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
663.68

**Section 3:** ⟶ | SHORTAGE | 2,502.33 |

ESCROW ACCOUNT ACTIVITY (NOVEMBER 01, 2013 - JANUARY 31, 2014)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 08/01/13 | | .00 | .00 | FHA RISK BASED | 277.85- | 426.27 |
| 09/01/13 | | .00 | .00 | PAYMENT | 667.84 | 816.26 |
| 09/01/13 | | .00 | .00 | FHA RISK BASED | 277.85- | 816.26 |
| 10/01/13 | | .00 | .00 | TAX | 2,442.13- | 1,903.72- |
| 10/01/13 | | .00 | .00 | FHA RISK BASED | 277.85- | 1,903.72- |
| BEGINNING BALANCE | | | 2,670.39 | | | 1,903.72- |
| 11/01/13 | PAYMENT | 483.26 | 2,875.80 | | .00 | 2,181.57- |
| 11/01/13 | FHA RISK BASED | 277.85- | 2,875.80 | FHA RISK BASED | 277.85- | 2,181.57- |
| 11/01/13 | TAX | 2,464.98- | 410.82 | | .00 | 2,181.57- |
| 12/01/13 | PAYMENT | 483.26 | 616.23 | | .00 | 2,459.42- |
| 12/01/13 | FHA RISK BASED | 277.85- | 616.23 | FHA RISK BASED | 277.85- | 2,459.42- |
| 12/01/13 | | .00 | 616.23 | FIRE | 1,176.54- | 3,635.96- |
| 01/01/14 | PAYMENT | 483.26 | 821.64 | | .00 | 3,635.96- |
| 01/01/14 | FHA RISK BASED | 277.85- | 821.64 | | .00 | 3,635.96- |



**OCWEN**

PO Box 780
3451 Hammond Ave.
Waterloo, IA  50704-0780
1-800-766-4622

**Important Note:** In accordance with RESPA
requirements, this notice is being sent as a
result of the review completed on your escrow
account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: 7123000874

PROPERTY ADDRESS:
965 SUMMERFIELD DRIVE
CUMMING GA 30040-0000

ANALYSIS DATE: FEBRUARY 10, 2014

49495-0013227-006
COBREY BENNETT
965 SUMMERFIELD DR
CUMMING GA  30040-1016

**PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.**

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FHA RISK BASED | APRIL 2014 | 273.04 | 277.85 |
| FHA RISK BASED | MAY 2014 | 273.04 | 277.85 |
| FHA RISK BASED | JUNE 2014 | 273.04 | 277.85 |
| FHA RISK BASED | JULY 2014 | 273.04 | 277.85 |
| FHA RISK BASED | AUGUST 2014 | 273.04 | 277.85 |
| FHA RISK BASED | SEPTEMBER 2014 | 273.04 | 277.85 |
| FHA RISK BASED | OCTOBER 2014 | 273.04 | 277.85 |
| FIRE | NOVEMBER 2014 | 1,540.00 | 1,540.00 |
| FHA RISK BASED | NOVEMBER 2014 | 273.04 | 277.85 |
| COUNTY | NOVEMBER 2014 | 2,442.13 | 2,442.13 |
| FHA RISK BASED | DECEMBER 2014 | 273.04 | 277.85 |
| FHA RISK BASED | JANUARY 2015 | 273.04 | 277.85 |
| FHA RISK BASED | FEBRUARY 2015 | 273.04 | 277.85 |
| FHA RISK BASED | MARCH 2015 | 273.04 | 277.85 |
| | TOTAL ANNUAL DISBURSEMENTS: | 7,258.61 | 7,316.33 |
| | TOTAL ESCROW PAYMENT: | 604.88 | 609.69 |

*The amounts above are based on either an estimate previously provided or the amount last disbursed.*

**NOTE:** If you pay the escrow shortage amount of $2,075.67, your new total payment will automatically
be adjusted to $2,006.42 effective with your APRIL 01, 2014 payment. If you do not pay the
shortage, your total payment effective APRIL 01, 2014 will be $2,179.39.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 604.88 | 609.69 |
| Surplus/Shortage | 172.97 | 208.52 |
| Escrow Shortage Spread 12 Months | | |
| Total | 777.85 | 818.21 |
| Principal/Interest | 1,401.54 | 1,401.54 |
| Total Payment | 2,179.39 | 2,219.75 |

Depending on the timing of when your next billing notice is released, you may not see the payment
change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED
AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call:  1-800-256-9962.
To reach our tax department call:  1-877-261-5760.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time
electronic debit to your account at the financial institution indicated on the check.  This electronic debit will be for the
amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf,
please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

**THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT**

680-0680-1200F

# Detailed Property Report

# Property Detail Report

For Property Located At :
**965 SUMMERFIELD DR, CUMMING, GA
30040-1016**



**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **BENNETT COBREY SR & MARYAM** | | |
| Mailing Address: | **965 SUMMERFIELD DR, CUMMING GA 30040-1016 C004** | | |
| Vesting Codes: | **HW / / JT** | | |

## Location Information

| | | | |
|---|---|---|---|
| Legal Description: | **3-1 1247 LT76 UN2 SIENNA** | | |
| County: | **FORSYTH, GA** | APN: | **C03-000-134** |
| Census Tract / Block: | **1304.08 / 1** | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | **SIENNA SUB** |
| Legal Book/Page: | | Map Reference: | **C03 /** |
| Legal Lot: | **76** | Tract #: | |
| Legal Block: | | School District: | **1302220** |
| Market Area: | | School District Name: | **FORSYTH COUNTY SD** |
| Neighbor Code: | | Munic/Township: | **CUMMING** |

## Owner Transfer Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | **/** | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

## Last Market Sale Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | **12/01/2006 / 11/29/2006** | 1st Mtg Amount/Type: | **$300,000 / CONV** |
| Sale Price: | **$377,800** | 1st Mtg Int. Rate/Type: | **6.00 / ADJ** |
| Sale Type: | | 1st Mtg Document #: | **4542-609** |
| Document #: | **4542-608** | 2nd Mtg Amount/Type: | **$77,700 / CONV** |
| Deed Type: | **LIMITED WARRANTY DEED** | 2nd Mtg Int. Rate/Type: | **/** |
| Transfer Document #: | | Price Per SqFt: | **$154.71** |
| New Construction: | **Y** | Multi/Split Sale: | |
| Title Company: | **ATTORNEY ONLY** | | |
| Lender: | **QUICKEN LNS** | | |
| Seller Name: | **ODWYER HOMES INC** | | |

## Prior Sale Information

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | **02/20/2006 / 02/02/2006** | Prior Lender: | **SUNTRUST BK** |
| Prior Sale Price: | **$104,400** | Prior 1st Mtg Amt/Type: | **$487,600 /** |
| Prior Doc Number: | **4167-265** | Prior 1st Mtg Rate/Type: | **/** |
| Prior Deed Type: | **LIMITED WARRANTY DEED** | | |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | **2,442** | Parking Type: | | Construction: | |
| Living Area: | **2,442** | Garage Area: | | Heat Type: | **HEAT AVAIL** |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | **MASONITE** |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | | Basement Area: | | Patio Type: | |
| Bedrooms: | **4** | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | **2 / 1** | Basement Type: | | Air Cond: | |
| Year Built / Eff: | **2006 /** | Roof Type: | | Style: | |
| Fireplace: | **/** | Foundation: | | Quality: | |
| # of Stories: | **2.00** | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

## Site Information

| | | | | | |
|---|---|---|---|---|---|
| Zoning: | | Acres: | **0.21** | County Use: | **RESIDENTL LAND (R3)** |
| Lot Area: | **9,148** | Lot Width/Depth: | **x** | State Use: | **RESIDENTIAL LOT (R3)** |
| Land Use: | **RESIDENTIAL (NEC)** | Res/Comm Units: | **/** | Water Type: | |
| Site Influence: | | | | Sewer Type: | |

## Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Total Value: | **$240,110** | Assessed Year: | **2012** | Property Tax: | **$2,464.98** |
| Land Value: | **$70,000** | Improved %: | **71%** | Tax Area: | **001** |
| Improvement Value: | **$170,110** | Tax Year: | **2012** | Tax Exemption: | **HOMESTEAD** |
| Total Taxable Value: | | | | | |



**Street Map**
**Plus Report**
For Property Located
At
**965 SUMMERFIELD DR, CUMMING, GA 30040-1016**

View Interactive Map



**Transaction History Report**

**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

For Property Located At

**965 SUMMERFIELD DR, CUMMING, GA 30040-1016**

**TRANSACTION HISTORY**

History Record #: **1**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **11/30/2012** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **6493-185** | Mtg Rate Type: | |
| Document Type: | **SECURITY DEED OF TR (MTG GA)** | Mtg Term: | **30 YEARS** |
| Lender: | **MORTGAGE SVCS III LLC** | Mtg Rate: | |
| Loan Amount: | **$284,900** | Borrower Vesting: | **/ / JT** |
| Borrower 1: | **BENNETT CORBEY SR** | | |
| Borrower 2: | **BENNETT MARYAM** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #: **2**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **12/01/2006** | Sale Price: | **$377,800** |
| Sale Date: | **11/29/2006** | Sale Price Type: | |
| Rec. Document #: | **4542-608** | Multi/Split Sale: | |
| Document Type: | **LIMITED WARRANTY DEED** | Other Document #: | |
| Title Company: | **ATTORNEY ONLY** | | |
| Buyer: | **BENNETT COBREY SR & MARYAM** | | |
| Seller: | **ODWYER HOMES INC** | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **12/01/2006** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **4542-609** | Mtg Rate Type: | **ADJ** |
| Document Type: | **SECURITY DEED OF TR (MTG GA)** | Mtg Term: | **30 YEARS** |
| Lender: | **QUICKEN LNS** | Mtg Rate: | **6** |
| Loan Amount: | **$300,000** | Borrower Vesting: | **HW / / JT** |
| Borrower 1: | **BENNETT COBREY SR** | | |
| Borrower 2: | **BENNETT MARYAM** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **12/01/2006** | Mtg Loan Type: | **CONV** |
| Mtg Document #: | **4542-634** | Mtg Rate Type: | |
| Document Type: | **SECURITY DEED OF TR (MTG GA)** | Mtg Term: | **15 YEARS** |
| Lender: | **QUICKEN LNS** | Mtg Rate: | |
| Loan Amount: | **$77,700** | Borrower Vesting: | **/ /** |
| Borrower 1: | **BENNETT COBREY SR** | | |
| Borrower 2: | **BENNETT MARYAM** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #: **3**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **02/20/2006** | Sale Price: | **$104,400** |
| Sale Date: | **02/02/2006** | Sale Price Type: | |
| Rec. Document #: | **4167-265** | Multi/Split Sale: | |
| Document Type: | **LIMITED WARRANTY DEED** | Other Document #: | |
| Title Company: | **ATTORNEY ONLY** | | |
| Buyer: | **ODWYER HOMES INC** | | |
| Seller: | **YOST COMMUNITIES INC** | | |

*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **02/20/2006** | Mtg Loan Type: | |
| Mtg Document #: | **4167-266** | Mtg Rate Type: | |
| Document Type: | **CONSTRUCTION DEED OF TRUST** | Mtg Term: | **1 YEARS** |
| Lender: | **SUNTRUST BK** | Mtg Rate: | |
| Loan Amount: | **$487,600** | Borrower Vesting: | **/ /** |
| Borrower 1: | **ODWYER HOMES INC** | | |
| Borrower 2: | | | |
| Borrower 3: | | | |

Borrower 4:



**Voluntary & Involuntary Lien**

## U.S. TITLE RECORDS
PROPERTY & TITLE INFORMA...

Owner: **BENNETT COBREY SR and BENNETT MARYAM**

# 965 SUMMERFIELD DR, CUMMING, GA, 30040-1016

County: **, GA**    APN: **C03-000-134**

Block/Lot: **— / 76**    Township/Range/Section: **— / — / —**

| **Owner** | **Legal Description** |
|---|---|
| As of Date: **05/10/2014 09:54 PDT**    Vesting: **HUSBAND/WIFE / / JOINT**<br>Owner: **BENNETT COBREY**    **TENANTS**<br>**SR and BENNETT MARYAM** | 3-1 1247 LT76 UN2 SIENNA |

**Deed**

Sale Date: **11/29/2006**           Doc # : **4542-608**
Recording Date: **12/01/2006**       Deed Type: **LIMITED WARRANTY DEED**

**Tax Information**

— **Assessor** —

Tax Year: **2012**         Total Taxable Value: **—**        Total Value: **$240,110**
Assessed Year: **2012**     Improvement Value: **$170,110**    Exemptions: **/ / HOMESTEAD / /**
Property Tax: **$2,464.98**    Land Value: **$70,000**

**Property Transactions**

— **Summary of Transactions** —

| | Date | Doc Type | Doc # | Seller | Lien Holder | Orig Doc # |
|---|---|---|---|---|---|---|
| 1 | 02/06/2014 | LIS PENDENS | 1400045 | | | |
| 2 | 11/30/2012 | SECURITY DEED OF TR (MTG GA) | 6493-185 | | MORTGAGE SVCS III LLC | |
| 3 | 03/07/2012 | NOTICE OF SALE | | | * OTHER INSTITUTIONAL LENDERS | 4542000609 |
| 4 | 12/01/2006 | LIMITED WARRANTY DEED | 4542-608 | ODWYER HOMES INC | | |
| 5 | 12/01/2006 | SECURITY DEED OF TR (MTG GA) | 4542-609 | | QUICKEN LNS | |
| 6 | 12/01/2006 | SECURITY DEED OF TR (MTG GA) | 4542-634 | | QUICKEN LNS | |

LEGEND:   ⊢ **Release**    ⇨ **Assignment**

— **Transaction Details** —

**1 Foreclosure**

Recording Date: **02/06/2014**          Document Type: **LIS PENDENS**
Filing Date: **02/06/2014**             Borrower 1: **OCWEN LN SERVICING LLC**
Document #: **1400045**               Borrower 2: **—**
Default Date: **—**                   Borrower 3+: **—**

Default Amount: –
Case Number: 13-243
Trustee Sale #: –
Orig Recording Date: –
Orig Document #: –

Trustee Name: –
Trustee Phone #: –
Attorney Name: –
Attorney Phone: –
Lender: –
Title Company: –

## 2 Finance

Mtg Recording Date: **11/30/2012**
Mtg Date: **11/19/2012**
Mtg Document #: **6493-185**
Loan Amount: **$284,900**
Mtg Loan Type: **CONVENTIONAL**
Mtg Rate Type: –
Mtg Term: **30 YEARS**
Initial Mtg Rate: –

Document Type: **SECURITY DEED OF TR (MTG GA)**
Borrower 1: **BENNETT CORBEY SR**
Borrower 2: **BENNETT MARYAM**
Borrower 3+: –
Lender: **MORTGAGE SVCS III LLC**
Modified Amount: –

## 3 Foreclosure

Recording Date: **03/07/2012**
Filing Date: –
Document #: –
Default Date: –
Default Amount: –
Case Number: –
Trustee Sale #: **11-20233-CONV**
Orig Recording Date: **11/29/2006**
Orig Document #: **4542000609**

Document Type: **NOTICE OF SALE**
Borrower 1: **BENNETT CORBEY SR**
Borrower 2: **BENNETT MARYAM**
Borrower 3+: –
Trustee Name: –
Trustee Phone #: –
Attorney Name: **MCCURDY & CANDLER LLC**
Attorney Phone: **(404) 373-1612**
Lender: **\* OTHER INSTITUTIONAL LENDERS**
Title Company: –

## 4 Sale

Sale Recording Date: **12/01/2006**
Sale Date: **11/29/2006**
Rec Document #: **4542-608**
Sale Price: **$377,800**
Sale Price Type: –
Multi/Split Sale: –
Vesting - Ownership Rights: –

Document Type: **LIMITED WARRANTY DEED**
Buyer 1: **BENNETT COBREY SR**
Buyer 2: **BENNETT MARYAM**
Buyer Vesting & Relationship Type: –
Seller: **ODWYER HOMES INC**
Title Company: **ATTORNEY ONLY**

## 5 Finance

Mtg Recording Date: **12/01/2006**
Mtg Date: **11/29/2006**
Mtg Document #: **4542-609**
Loan Amount: **$300,000**
Mtg Loan Type: **CONVENTIONAL**
Mtg Rate Type: **ADJUSTABLE INT RATE LOAN**
Mtg Term: **30 YEARS**
Initial Mtg Rate: **6**

Document Type: **SECURITY DEED OF TR (MTG GA)**
Borrower 1: **BENNETT COBREY SR**
Borrower 2: **BENNETT MARYAM**
Borrower 3+: –
Lender: **QUICKEN LNS**
Modified Amount: –

## 6 Finance

Mtg Recording Date: **12/01/2006**
Mtg Date: **11/29/2006**
Mtg Document #: **4542-634**
Loan Amount: **$77,700**
Mtg Loan Type: **CONVENTIONAL**
Mtg Rate Type: –

Document Type: **SECURITY DEED OF TR (MTG GA)**
Borrower 1: **BENNETT COBREY SR**
Borrower 2: **BENNETT MARYAM**
Borrower 3+: –
Lender: **QUICKEN LNS**
Modified Amount: –

Mtg Term: **15 YEARS**
Initial Mtg Rate: —

**Personal Liens**

**1 Personal Tax Lien**

Recording Date: **05/05/2011**
Document #: **1234663**
Document Book/Page: **271-211**
Tax Lien Serial/Cert #: —
Lien Amount: **$1,317**
Tax Lien Period: **12/31/2009 - 01/01/2009**
Tax Lien Date: **01/24/2011**

Document Type: **STATE TAX LIEN**
Taxpayer: **BENNETT COBREY G**
Tax Payer Address: **965 SUMMERFIELD DR**
Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Issuing Agency: **GEORGIA DEPARTMENT OF REVENUE**

**2 Personal Tax Lien Amendment/Release**

Recording Date: **08/14/2012**
Document #: **1307366**
Document Book/Page: **297-612**
Taxpayer Name: **BENNETT COBREY G**
Document Type: **RELEASE OF STATE TAX LIEN**
Orig Recording Date: **05/05/2011**

Orig Document Book/Page: **271-211**
Orig Document #: **1234663**
Lien Amount: —
Lien Issuing Agency: —
Tax Lien Serial/Cert #: —

**3 Personal Tax Lien Amendment/Release**

Recording Date: **08/14/2012**
Document #: **1307366**
Document Book/Page: **297-612**
Taxpayer Name: **BENNETT MARYAM T**
Document Type: **RELEASE OF STATE TAX LIEN**
Orig Recording Date: **05/05/2011**

Orig Document Book/Page: **271-211**
Orig Document #: **1234663**
Lien Amount: —
Lien Issuing Agency: —
Tax Lien Serial/Cert #: —

**4 Personal Tax Lien**

Recording Date: **05/05/2011**
Document #: **1234663**
Document Book/Page: **271-211**
Tax Lien Serial/Cert #: —
Lien Amount: **$1,317**
Tax Lien Period: **12/31/2009 - 01/01/2009**
Tax Lien Date: **01/24/2011**

Document Type: **STATE TAX LIEN**
Taxpayer Name: **BENNETT MARYAM T**
Tax Payer Address: **965 SUMMERFIELD DR**
Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Issuing Agency: **GEORGIA DEPARTMENT OF REVENUE**

**5 Personal Tax Lien**

Recording Date: **05/27/2010**
Document #: —
Document Book/Page: **244-312**
Tax Lien Serial/Cert #: —
Lien Amount: **$2,807**
Tax Lien Period: **12/31/2008 - 01/01/2008**
Tax Lien Date: **04/05/2010**

Document Type: **STATE TAX LIEN**
Taxpayer Name: **BENNETT COBREY G**
Tax Payer Address: **965 SUMMERFIELD DR**
Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Issuing Agency: **GEORGIA DEPARTMENT OF REVENUE**

**6 Personal Tax Lien**

Recording Date: **05/27/2010**
Document #: —
Document Book/Page: **244-312**
Tax Lien Serial/Cert #: —
Lien Amount: **$2,807**

Document Type: **STATE TAX LIEN**
Taxpayer Name: **BENNETT MARYAM T**
Tax Payer Address: **965 SUMMERFIELD DR**
Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Issuing Agency: **GEORGIA DEPARTMENT OF**

Tax Lien Period: **12/31/2008 - 01/01/2008**        **REVENUE**
Tax Lien Date: **04/05/2010**

### 7 Personal Tax Lien

Recording Date: **10/06/2009**        Document Type: **STATE TAX LIEN**
Document #: **–**        Taxpayer Name: **BENNETT MARYAM T**
Document Book/Page: **223-258**        Tax Payer Address: **965 SUMMERFIELD DR**
Tax Lien Serial/Cert #: **–**        Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Amount: **$1,473**        Lien Issuing Agency: **–**
Tax Lien Period: **12/31/2007 - 01/01/2007**
Tax Lien Date: **07/07/2009**

### 8 Personal Tax Lien

Recording Date: **10/06/2009**        Document Type: **STATE TAX LIEN**
Document #: **–**        Taxpayer Name: **BENNETT COBREY G**
Document Book/Page: **223-258**        Tax Payer Address: **965 SUMMERFIELD DR**
Tax Lien Serial/Cert #: **–**        Tax Payer City, State, Zip: **CUMMING, GA, 30040**
Lien Amount: **$1,473**        Lien Issuing Agency: **–**
Tax Lien Period: **12/31/2007 - 01/01/2007**
Tax Lien Date: **07/07/2009**

### 9 Bankruptcy

Case Date: **12/10/2008**        Document Type: **BANKRUPTCY OPEN CASE**
Chapter: **7**        Debtor's Name: **COBREY BENNETT**
Case #: **08-23643-REB**        Trustee Name: **–**
Status Date: **12/10/2008**        Attorney Name: **–**
Dismissed Date: **–**        Court Name: **GEORGIA NORTHERN BANKRUPTCY**
Discharged Date: **–**        **COURT**
Conversion Date: **–**
Closed Date: **05/14/2009**

### 10 Bankruptcy

Case Date: **12/10/2008**        Document Type: **BANKRUPTCY OPEN CASE**
Chapter: **7**        Debtor's Name: **MARYAM BENNETT**
Case #: **08-23643-REB**        Trustee Name: **–**
Status Date: **12/10/2008**        Attorney Name: **–**
Dismissed Date: **–**        Court Name: **GEORGIA NORTHERN BANKRUPTCY**
Discharged Date: **–**        **COURT**
Conversion Date: **–**
Closed Date: **05/14/2009**

### 11 Bankruptcy Amendment/Release

Case Date: **12/10/2008**        Document Type: **BANKRUPTCY DISCHARGED**
Chapter: **7**        Debtor's Name: **COBREY BENNETT**
Case #: **08-23643-REB**        Trustee Name: **–**
Status Date: **08/14/2009**        Attorney Name: **–**
Dismissed Date: **–**        Court Name: **GEORGIA NORTHERN BANKRUPTCY**
Discharged Date: **08/14/2009**        **COURT**
Conversion Date: **–**
Closed Date: **05/14/2009**

### 12 Bankruptcy Amendment/Release

Case Date: **12/10/2008**
Chapter: **7**
Case #: **08-23643-REB**
Status Date: **08/14/2009**
Dismissed Date: —
Discharged Date: **08/14/2009**
Conversion Date: —
Closed Date: **05/14/2009**

Document Type: **BANKRUPTCY DISCHARGED**
Debtor's Name: **MARYAM BENNETT**
Trustee Name: —
Attorney Name: —
Court Name: **GEORGIA NORTHERN BANKRUPTCY COURT**

### 13 Bankruptcy Amendment/Release

Case Date: **12/10/2008**
Chapter: **7**
Case #: **08-23643-REB**
Status Date: **08/14/2009**
Dismissed Date: —
Discharged Date: **08/14/2009**
Conversion Date: —
Closed Date: **09/10/2009**

Document Type: **BANKRUPTCY DISCHARGED**
Debtor's Name: **COBREY BENNETT**
Trustee Name: —
Attorney Name: —
Court Name: **GEORGIA NORTHERN BANKRUPTCY COURT**

### 14 Bankruptcy Amendment/Release

Case Date: **12/10/2008**
Chapter: **7**
Case #: **08-23643-REB**
Status Date: **08/14/2009**
Dismissed Date: —
Discharged Date: **08/14/2009**
Conversion Date: —
Closed Date: **09/10/2009**

Document Type: **BANKRUPTCY DISCHARGED**
Debtor's Name: **MARYAM BENNETT**
Trustee Name: —
Attorney Name: —
Court Name: **GEORGIA NORTHERN BANKRUPTCY COURT**

### Recording Information for County of Subject Search

| | Sales | Mortgages | Assignments | Releases | Foreclosures | Lien/Judgments | Bankruptcy |
|---|---|---|---|---|---|---|---|
| History Start Date | 01/01/1982 | 08/01/1998 | 08/04/2006 | 08/04/2006 | 08/01/1998 | 03/21/2007 | 01/01/2003 |
| Rec. Thru. Date | 05/01/2014 | 05/01/2014 | 04/30/2014 | 05/01/2014 | 04/30/2014 | 05/02/2014 | 05/07/2014 |

DISCLAIMER: THIS VOLUNTARY AND INVOLUNTARY LIEN REPORT IS A REFLECTION OF INFORMATION CONCERNING THE SUBJECT PROPERTY CONTAINED IN CORELOGIC DATABASES INCLUDING BUT NOT LIMITED TO PROPERTY RECORD DATA, TAX DATA, VOLUNTARY AND INVOLUNTARY LIEN DATA, AND AVM DATA. THIS VOLUNTARY AND INVOLUNTARY LIEN REPORT IS NOT A CHAIN OF TITLE REPORT, TITLE REPORT, OR ANY OTHER REPRESENTATION BY CORELOGIC REGARDING THE CONDITION OF TITLE TO REAL PROPERTY, AND MAY NOT INCLUDE COMPLETE INFORMATION OR DOCUMENTATION THAT PROVIDES CONSTRUCTIVE NOTICE WITH RESPECT TO ANY CHAIN OF TITLE. THIS REPORT SHOULD NOT BE UTILIZED TO DETERMINE THE CONDITION OF TITLE TO REAL PROPERTY OR TO ISSUE OR UNDERWRITE TITLE INSURANCE POLICIES. THIS REPORT IS NOT AN INSURED REPORT. THIS REPORT IS PROVIDED 'AS IS' WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INLCUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS REPORT IS PREPARED EXCLUSIVELY FOR THE REQUESTOR OF THIS REPORT.