# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| COBREY BENNETT, et al., | : |
| Plaintiffs, | : |
| | : CIVIL ACTION FILE |
| v. | : NO.: 2:13-CV-243-WCO-JCF |
| OCWEN LOAN SERVICING, LLC, | : |
| Defendant. | : |

## ORDER

Pursuant to this Court's Order entered on February 5, 2014 (Doc. 48), discovery in the referenced matter was stayed pending resolution of Defendant's partial motion to dismiss. The District Judge adopted the report and recommendation of the undersigned on August 12, 2014 and Defendant's partial motion to dismiss (Doc. 19) was granted in part and denied in part (*see* Doc. 74). It is hereby **ORDERED** the discovery period commenced on August 12, 2014 and shall continue for a period of 96 days, **through and including November 17, 2014**.

**IT IS SO ORDERED** this 18th day of August, 2014.

/s/ *J. Clay Fuller*
J. CLAY FULLER
United States Magistrate Judge