FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP - 2 2014

JAMES N. HATTEN, Clerk
By: / Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **COBREY BENNETT et. al.** | ) | Civil Action No.: 2:13-cv-00243-JCF |
| | ) | |
| **Plaintiffs,** | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **LEAVE OF COURT TO ADD** |
| v. | ) | **ADDTIONAL PARTIES & CLAIMS** |
| | ) | |
| **OCWEN LOAN SERVICING, LLC;** | ) | |
| **CITIMORTGAGE; and SELENE** | ) | |
| **FINANCIAL** | ) | |
| | ) | |
| | ) | |

---

### PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDTIONAL PARTIES & CLAIMS

COMES Now, Plaintiffs, Cobrey and Maryam Bennett and hereby moves this honorable Court, to grant leave to file a Third Amended Complaint See (D.E. 63) through amendment and as grounds therefore would show:

Subsection (a)(2) of Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend shall be freely given when justice requires. "Leave to amend a complaint should be freely given in the absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility." See Richardson v. United States, 193 F.3d 545,548-549 (D.C. Cir. 1999) citing Foman v. Davis, 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1962).

In addition, under rules 15(d) & Rule 21, "[a] party may move—at any time, even after judgment—to amend the pleadings to conform them to the evidence and to raise an unpleaded issue.

1

## SUPPLEMENT PLEADINGS

An issue raised, without objection normally is enough to satisfy the Rule 15(a)(2) & (d) requirement. Ocwen, voiced no objections. CITI, argues only the Plaintiffs', procedural defect based upon the Plaintiffs, failure to seek leave of court. With that defect corrected by the Plaintiffs, CITI's counsel had no further objections.

Because CITI, has received notice of the issues raised by the Plaintiffs, CITI, did not challenge said claims, nor the evidence the Plaintiffs, introduced without objection, is consent to amend.

Also, Selene, has not objected and will not object as they have steadfastly and characteristically refused to defend in any way in this case. See (Plaintiff's Motion for Entry of Default, Clerk's Entry of Default. D.E. 70 & 71).

## LEAVE TO FILE

In accordance with FRCP Rule 15 b-d & FRCP Rule 21, Plaintiffs hereby files this motion for leave to submit D.E. 63, to cure any deficiencies proposed or otherwise. *See* (Nickerson v. Candler Bldg., 156 Ga. App. 396 (5) (274 SE2d 582) (1980). )

## AMENDED COMPLAINT/JOINDER OF CO-DEFENDANTS

The Amended Complaint/Joinder of Co-Defendants will conform with the supplemental evidence submitted in D.E. 63, on June 9, 2014. D.E. 63, was submitted because it relates back to the initial complaint, as well as the deficiency noted in the R & R submitted by Judge Fuller in D.E. 60.

In Judge Fuller's R & R he stated the Plaintiffs, had grounds for civil conspiracy, but did not list any parties of whom Ocwen, conspired with. This occurrence led to the

amendments asserted by the Plaintiffs, that the Plaintiffs, attempted to be set out—in the original pleading; This gave the Plaintiffs, cause to update/supplement their pleadings to add co-conspirators, and the claims of coercion & Discharge violations.

### CONFORMING

In addition, the Amended Complaint in D.E. 63, conforms to stipulations made in D.E. 60, as well as, conforming to Supplemental Pleadings rule of FRCP 15 (d). On motion and reasonable notice, the Court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense.

The Plaintiffs, notified the court of its intent to cure deficiencies in D.E. 62. The Court, did not address the Plaintiffs', notice nor did the Court, reject the Plaintiffs notification. Which, led the Plaintiffs, to believe the Court gave leave by silent consent.

### CONCLUSIONS

For these reasons, as well as the fact that none of the Defendants, objected, gave the Plaintiffs, legal standing to both assume it was consent and therefor moved forward. Because of the lack of denial of consent by the Court nor objections of the Defendants, the Plaintiffs, believed they had the right, to file via motion, as well as just terms, to add parties.

Defendants, both from the initial claim as well as the Defendants, the Plaintiffs, attempted to add via D.E. 63, in this cause, were duly served & none of them objected, or the objection, was not due to the facts listed but, due to the fact that, CITI, stated the

Plaintiffs, did not seek leave. Which the Plaintiffs are doing, with this motion so there are no further issues of contention at play.

Also, because the Plaintiffs, introduced evidence, without objection on the issues presented, consent to amend is present. Id. Here, the Defendants have not objected and can not object, because time to file any objections has expired.

In accordance with FRCP Rule 15 & 21, Plaintiffs hereby file leave of court to add D.E. 63, the proposed Third Amended Complaint/Joinder of Co-defendants to conform with the supplemental evidence submitted with D.E. 63. The Third Amended Complaint focuses on the material facts, parties that relate back to the initial filing and correction of deficiencies on the part of the Plaintiffs, that were made known to the Plaintiffs, in D.E. 60 & lack of leave, which the Plaintiffs, have since cured.

Respectfully Submitted                                                                 August 29, 2014

*Verified by PDFfiller 08/29/2014*

*[signatures: Maryam Bennett]*

*Verified by PDFfiller 08/29/2014*

Cobrey & Maryam Bennett               Phone: 678-689-9601
Pro Se Litigants                               Fax: 770-887-3109
965 Summerfield Dr                         Email: maryamthomas@hotmail.com
Cumming, GA 30040

4

**FONT CERTIFICATION**

**COMES NOW** Cobrey & Maryam Bennett., the Plaintiffs and hereby certifies that the within and foregoing PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE. The motion and memorandum in support of said motion was prepared using Times New Roman, 14-point font in accordance with Local Rule 5.1.

The Plaintiffs Cobrey and Maryam Bennett hereby declares that the Defendants, will be sent a copy of this Motion Via US Mail, the same day the Plaintiffs, sends the copy to the court.



Cobrey & Maryam Bennett

965 Summerfield Dr

Cumming, GA 30040

Phone: 678-689-8601

Fax: 770-887-3109

Email: maryamthomas@hotmail.com



U.S. POSTAGE
$1.19
FCM LG ENV
30040
Date of sale
08/29/14
06  2S00  APC
08205322

USPS® FIRST-CLASS MAIL®

0 lb. 1.90 oz.

SHIP TO:

GAINESVILLE GA 30501



ZIP

(420) 30501

Cobrey & Maryam Bennett
Summerfield Dr
Cumming, GA 30040

Federal Building
121 Spring St SE
Room 201
Gainesvilles, GA 3050