IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| COBREY BENNETT and MARYAM BENNETT, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 2:13-CV-00243-WCO-JCF |
| OCWEN LOAN SERVICING, LLC, | : : | |
| Defendant | : | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave To Add Additional Claims (Doc. 80). To support their motion, Plaintiffs claim that Rule 21 gives them the "right to add additional parties freely at any given time." (*See* Doc. 80). That is incorrect.

As was explained in this Court's August 20, 2014 Order striking Plaintiffs' self-styled "Joinder of Co-Defendants," once a scheduling order limits the time to amend pleadings, an amendment will be allowed if Rule 16's "good cause" standard is satisfied. (*See* Order of Aug. 20, 2014, Doc. 77 at p. 4-6). The Court has already concluded that it was not. (*See* Doc. 77 at 5 (finding lack of diligence justified denying motion to amend where "Plaintiffs have not even attempted to show that these additional parties could not have been sued in the original complaint or that these allegations could not have been made during the time the

1

Scheduling Order allowed pleadings to be amended.")). Plaintiffs' latest filing does not change this outcome.

Accordingly, Plaintiffs' Motion For Leave To Add Additional Claims (Doc. 80) is **DENIED.**

**SO ORDERED** this 2nd day of September, 2014.

/s/ *J. C*LAY *F*ULLER
J. CLAY FULLER
United States Magistrate Judge