# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| COBREY BENNETT and MARYAM BENNETT | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION FILE : NO.: 2:13-CV-243-WCO-JCF : |
| OCWEN LOAN SERVICING, LLC, | : : |
| Defendant. | : |

## ORDER

It has come to the Court's attention that Plaintiff Maryam Bennett, who is proceeding *pro se*, has contacted court chambers personnel, including the undersigned's law clerks, in an attempt to discuss issues related to this case. As explained in the Notice To *Pro Se* Plaintiffs (Doc. 4):

> [C]ounsel and parties representing themselves are prohibited from engaging in *ex parte* communications with the Court or the Court's staff. '*Ex parte* communications' mean any form of contact with the Court, including, but not limited to, telephone calls, written correspondence, or in-person contact, by one party or party's counsel outside the presence of the opposing party or opposing party's counsel.  If counsel or a *pro se* litigant seeks court action, the appropriate procedure is to put the request in writing, in the form of a motion, file the motion with the Clerk's office and serve the opposing party or party's counsel.  *See* Fed. R. Civ. P. 5; LR 5.1 and 5.2, NDGa. . . . .

(*Id.* at 2).  The parties, including Ms. Bennett, are instructed that they shall not contact chambers personnel by telephone, e-mail or facsimile transmission unless

directed to do so by the Court. Although it is the undersigned's practice to encourage parties to contact the Court to request a teleconference to resolve discovery disputes, the undersigned finds that practice unmanageable in this case. Accordingly, going forward, should any of the parties wish to schedule a telephonic hearing regarding any issue, *a motion should be filed* which clearly states (1) the issue the party wishes to discuss; and (2) why the issue warrants discussion.

    **IT IS SO ORDERED** this 10th day of October, 2014.

                                             /s/ *J. CLAY FULLER*
                                            J. CLAY FULLER
                                            United States Magistrate Judge