# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

**2:13-cv-00243-WCO-JCF**
**Bennett et al v. Ocwen Loan Servicing, LLC**
**Honorable William C. O'Kelley**

FEB 19 2015

JAMES N. HATTEN, Clerk
By: D. Wilford Deputy Clerk

Minute Sheet for proceedings held In Open Court on 02/19/2015.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:07 A.M.
TIME IN COURT: 1:07
OFFICE LOCATION: Gainesville

COURT REPORTER: Debra Bull
CSO/DUSM: Terry English
DEPUTY CLERK: Delores Wilford

ATTORNEY(S) PRESENT: Keith Anderson representing Ocwen Loan Servicing, LLC
Cobrey Bennett appearing Pro Se
Maryam Bennett appearing Pro Se

PROCEEDING CATEGORY:

MINUTE TEXT: Cause came on for hearing on Defendant's Emergency Motion for TRO [107]. Came the parties as shown. The Court heard arguments from counsel for the defendant and the plaintiffs appearing pro se. After arguments the Court ORALLY continued the Injunction previously entered (See Order filed 2/12/15, Document #108). Written Order to follow.

HEARING STATUS: Hearing Concluded