# OCWEN'S ADMITTANCE OF LACK OF STANDING BEFORE OUR CAUSE WAS FILED



OCWEN

*Ocwen Loan Servicing, LLC*
*PO Box 785061*
*Orlando FL 32878-5061*
HELPING HOMEOWNERS IS WHAT WE DO! ™

March 11, 2015

Cobrey Bennett
965 Summerfield Dr
Cumming GA  30040

RE:     Ocwen Account Number:     7095422684
        Property Address:          965 Summerfield Dr
                                   Cumming GA  30040

Dear Cobrey Bennett:

On behalf of Ocwen Loan Servicing, LLC (Ocwen), the Office of the Consumer Ombudsman would like to thank you for your correspondence dated February 24, 2015, and received on February 25, 2015, which was labeled as a Qualified Written Request.  The Consumer Ombudsman's office was created to provide a resource to assist with unresolved concerns and issues.

Our previous response dated May 24, 2013 provided you with the information relating to the servicing of the account, as the law, specifically the Real Estate Settlement Practices Act ("RESPA"), requires. A copy of our May 24, 2013 response without all of the enclosures is enclosed.  If you require additional copies of the loan documents already provided with the May 24, 2013 response, please contact our office to advise what specific documents are required.

The May 24, 2013 response incorrectly stated the loan originated with RPM Mortgage, Inc.  As per the enclosed copy of the Note, the loan originated with Mortgage Services III, LLC.

As of the date of this letter, the account is past due for the August 1, 2013 through March 1, 2015 payments.

In an effort to be responsive to your most recent request, an updated copy of the payment history, a copy of the Note and Allonges, Recorded Mortgage and Recorded Assignments are enclosed. As advised in the prior response, the account was registered with Mortgage Electronic Registration Systems, Inc. (MERS).  As long as an account is registered with MERS, no assignments are needed.  However, once an account is transferred out of MERS, the assignments are completed and recorded.

In response to your inquiry regarding the change in the account number, Ocwen converted servicing systems effective October 1, 2014.  As the prior account number of 7123000874 already existed in the system, a new account number was assigned to your loan (7095422684).  This did not change any of the terms or conditions of the loan.  It was merely a change in the identification number associated with the loan.

February 25, 2015, which was labeled as a Qualified Written Request. The Consumer Ombudsman's office was created to provide a resource to assist with unresolved concerns and issues.

Our previous response dated May 24, 2013 provided you with the information relating to the servicing of the account of the law, specifically the Real Estate Settlement Practices Act ("RESPA").

**RAD PDF Sticky Note**

This statement right here more than proves that Ocwen had no standing when we filed our cause. The only assignments Ocwen has were filed after 10/13 we filed suit in 09/13 standing at

our May 24, 2013 response without all of the enclosures enclosed. al copies of the loan documents already provided with th 24, 2013 re t our office to advise what specific documents are require

The May 2 rrectly stated the loan originated with RPM Mortgage, In per the enc e, the loan originated with Mortgage Services III, LLC.

As of the d ccount is past due for the August 1, 2013 through March payments.

In an effort ur most recent request, an updated copy of the payment a copy of t Recorded Mortgage and Recorded Assignments are encl As advised the account was registered with Mortgage Electronic Registratio S). As long as an account is registered with MERS, no assignment er, once an account is transferred out of MERS, the assignments are comple

**RAD PDF Sticky Note**

We called RPM and have the phone call as proof that the CSR told me that RPM can not conduct business in the State of GA. This is further proof of doctored numbers and

In response to your inquiry regarding the change in the account number, Ocwen converted servicing systems effective October 1, 2014. As the prior account number of 7123000874 already existed in the system, a new account number was assigned to your loan (7095422684). This did not change any of the terms or conditions of the loan. It was me number associated with the loan.

**RAD PDF Sticky Note**                                                     3/20,

We have proof that this account change liste records, it was dated from 8/13 and we recei October. Ocwen got in trouble for sending o information to millions of its customers us in



# ITEMIZATION OF AMOUNT FINANCED

## ITEMIZATION OF AMOUNT FINANCED

BENNETT
Loan #: DC12050122
MIN: 100588312060535736

Date: **NOVEMBER 19, 2012**

Lender:  **MORTGAGE SERVICES III, LLC**

Borrower(s):  **COBREY BENNETT SR.**

Property Address:  **965 SUMMERFIELD DR, CUMMING, GA 30040**

| | |
|---|---|
| Loan Amount: | $284,900.00 |
| Prepaid Finance Charge (itemized below): | -    $6,799.80 |
| Amount Financed: | $278,100.20 |

### Itemization of Prepaid Finance Charge

Paid by  S* Seller  L* Lender  K* Broker  R* Branch  O* Other

| | nt Paid thers | Finance Charges Paid By Borrower |
|---|---|---|
| Flood certification MSI  FOR  CORELOGIC | | $22.00 |
| MERS  FEE to MORTGAGE  SERVICES  III, LLC | | $11.95 |
| UNDERWRITING  FEE to MORTGAGE  SERVICES  III, LLC | | $400.00 |
| PROCESSING  FEE to MORTGAGE  SERVICES  III, LLC | | $300.00 |
| Daily interest charges from 11/26/12 to 12/01/12 5 @ $33.17 / day | | $165.85 |
| UPFRONT MIP to FHA | | $4,900.00 |
| Settlement or closing fee FIRST  TITLE  AND  ESCROW | | $1,000.00 |
| Total Prepaid Finance Charge | | $6,799.80 |

> **RAD PDF Sticky Note**
>
> Here Selene, claims our total to payoff the lien on the first loan as $325, 206. Take into account that this was done in 2012, the loan was intially taken out in 2006, the 10/10/12 statement from Selene, stated our current principal balance was $252, 894.96 and after the forbearance our

### Amount Paid on Your Account/Amoun

Paid by  S* Seller  L* Lender  K* Broker  R* Branch  O* Other

| | nt Paid thers | Other Charges Paid By Borrower |
|---|---|---|
| Appraisal fee to IN  HOUSE | | $475.00 |
| Credit report to CBC | | $70.85 |
| MTG  BROKER  COMP  PAID  BY  LENDER to | | |
| Homeowner's insurance for _____ years to ALLSTATE  INSURANCE-HOME | | $1,542.00 |

| Other (before completing, see the notice in "describe other income," below) | | -568.00 | | | -568.00 | Homeowner Assn. Dues | | 69.58 | | 69.58 |
| | | | | | 0.00 | Other: | | | | |
| Total | S | 7,851.00 | S | 0.00 | 7,851.00 | Total | S | 2,069.11 | S | 2,082.89 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | UREIMBURSED EXPENSES | S -568.00 |
| | | |
| | | |
| | | |

## VI.  ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.   Completed [ ] Jointly [X] Not Jointly

| ASSETS | Cash or | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | | |
|---|---|---|---|---|---|
| Description | Market Value | | | | |
| Cash deposit toward purchase held by: | S | | | | |
| | | **LIABILITIES** | **Monthly Payment & Months Left to Pay** | **Unpaid Balance** | |
| *List checking and savings accounts below* | | | | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company ALLY P O BOX 380901 BLOOMINGTON, MN  55438- | S Payment/Months 499.00 0 | S | 29,023.00 |
| | | | | | |
| Acct. no. | | Acct. no. 340917947172 | | | |
| Name and ad | | Name and address of Company SELENE FINANCE | S Payment/Months 2,010.07 0 | S | 325,206.00 * |
| Acct. no. | | Acct. no. | | | |
| Name and ad | | Name and address of Company UNITED GUARANTY/WELLS GARGO | S Payment/Months 7,663.00 0 | S | 7,663.00 * |

**RAD PDF Sticky Note**

Here Selene states our unpaid balance is $325, 206 and our monthly payment was $2,010.07. This was written up in 11/12. In the 10/12 statement our current principal was listed as $252, 894.96.

DC12050122

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** $ | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $_____ to | | | | |
| 702. $_____ to | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Our origination charge | $711.95 | | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $0.00 | | | |
| 803. Your adjusted origination charges | | (from GFE A) | $711.95 | |
| 804. Appraisal fee to IN HOUSE | | (from GFE #3) | $475.00 | |
| 805. Credit report to CBC | | (from GFE #3) | $70.85 | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification MSI FOR CORELOGIC | | (from GFE #3) | $22.00 | |
| **900. Items Required by Lender to Be Paid in Advance** | | | | |
| 901. Daily interest charges from 11/26/12 to 12/01/12 5 @ $33.17 / day | | (from GFE #10) | $165.85 | |
| 902. UPFRONT MIP to FHA | | (from GFE #3) | $4,900.00 | |
| 903. Homeowner's insurance for _____ years to ALLSTATE INSURANCE-HOME OFFICE | | (from GFE #11) | $1,542.00 | |
| 904. | | | | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | $1,001.69 | |
| 1002. Homeowner's insurance | 3 months @ $128.50 per month | $385.50 | | |
| 1003. Mortgage insurance | 0 months @ $277.85 per month | $ | | |
| 1004. Property taxes | 4 months @ $205.42 per month | $821.68 | | |
| 1005. | months @ $_____ per month $ | | | |
| 1006. | months @ $_____ per month $ | | | |
| 1007. | months @ $_____ per month $ | | | |
| 1008. | months @ $_____ per month $ | | | |
| 1009. | months @ $_____ per month $ | | | |
| 1010. | months @ $_____ per month $ | | | |
| 1011. | months @ $_____ per month $ | | | |
| 1012 | months @ $_____ per month $ | | | |

**RAD PDF Sticky Note**

The interest for this refi was listed here as $165.00

| Total Prepaid Finance Charge | $6,799.80 |
|---|---|

### Amount Paid on Your Account/Amount Paid to Others on Your Behalf

| Paid by  S* Seller  L* Lender  K* Broker  R* Branch  O* Other | Paid Outside of Closing | Amount Paid By Others | Other Charges Paid By Borrower |
|---|---|---|---|
| Appraisal fee to IN HOUSE | | | $475.00 |
| Credit report to CBC | | | $70.85 |
| MTG BROKER COMP PAID BY LENDER to | | | |
| Homeowner's insurance for _____ years to ALLSTATE INSURANCE-HOME OFFICE | | | $1,542.00 |
| Homeowner's Insurance 3 months @ $128.50 per month | | | $385.50 |
| Mortgage Insurance 0 months @ $277.85 per month | | | |
| Property Taxes 4 months @ $205.42 per month | | | $821.68 |
| Aggregate Adjustment | | | $-205.49 |
| Deed $_____ Mortgage $_____ Releases $_____ | | | $70.00 |
| City/County tax/stamps  Deed $_____  Mortgage $_____ | | | $837.00 |

| Payoffs/Other Disbursements | |
|---|---|
| WELLS FARGO | $3,734.00 |
| UNITED GUARANTY/WELLS GARGO | $7,663.00 |
| SELENE FINANCE | $325,206.00 |
| Total Payoffs/Other Disbursements | $336,603.00 |

**RAD PDF Sticky Note**

Here Selene, claims our total to payoff the lien on the first loan as $325, 206. Take into account that this was done in 2012, the loan was intiaily taken out in 2006, the 10/10/12 statement from Selene, stated our current principal balance was $252, 894.96  and after

_____

MARYAM BENNETT   - DATE -

# PAYOFF STATEMENT FROM SELENE

PAYOFF STATEMENT

November 13, 2012

Selene Finance Lp
9990 Richmond, Suite 400
&
Houston, TX 77042

TO:
Loria Branch/Msi
Fax 240-215-3616

RE:
Cobrey Bennett Sr

Property Address:
965 Summerfield Dr
Cumming GA 30040

965 Summerfield Dr
Cumming GA 30040

Loan No:  0000050443
Loan Type:  Conventional

*****************************************            **********
*.  ONLY CERTIFIED FUNDS WILL BE ACCEPTE            )WN BELOW  *
*****************************************            **********

These figures are due to November 30, 201                    e for the
November 01, 2012 payment.
The current total unpaid Principal Baland                    323,662.13
Interest Due:                                                  2,460.63

Interest at  0.00000% (2nd Mtg)                                     .00
Suspense Balance                                                -653.52
Unpaid Late Charges                                             660.48
Payoff Quote Fee                                                   .00
Recording Fee                                                    12.00
Payoff Update Fee                                                  .00
Payoff Fax Fee                                                     .00
O/S Foreclosure Fees                                              .00
Vom Fee                                                            .00
Corporate Advance(s) Balance                                    768.25
_____  (2nd Mtg)                               .00
Recording Fee            (2nd Mtg)                              12.00
Payoff Update Fee        (2nd Mtg)

**RAD PDF**
**Sticky Note**

This payoff
statement was given
one month and 3
days after the
October statement
from Selene that
stated our current
principal balance
was $252, 894.96
and the interest
$1651.28 and the
daily interest rate
was listed as $33.17
and the total on the

```
RE:                                 Property Address:
Cobrey Bennett Sr                   965 Summerfield Dr
                                    Cumming GA 30040
965 Summerfield Dr
Cumming GA 30040

Loan No:  0000050443
Loan Type:  Conventional
```

```
**************************************************************
*   ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW   *
**************************************************************
```

These figures are due to November 30, 2012 and the loan is due for the
November 01, 2012 payment.

| | |
|---|---|
| The current total unpaid Principal Balance | 323,662.13 |
| Interest Due: | 2,460.63 |
| | |
| Interest at 0.00000% (2nd Mtg) | .00 |
| Suspense Balance | -653.52 |
| Unpaid Late Charges | 660.48 |
| Payoff Quote Fee | .00 |
| Recording Fee | 12.00 |
| Payoff Update Fee | .00 |
| Payoff Fax Fee | .00 |
| O/S Foreclosure Fees | .00 |
| Vom Fee | .00 |
| Corporate Advance(s) Balance | 768.25 |
| _____ (2nd Mtg) | |
| Recording Fee (2nd Mtg) | 12.00 |
| Payoff Update Fee (2nd Mtg) | .00 |
| _____ (2nd Mtg) | .00 |
| O/S Foreclosure Fees (2nd Mtg) | .00 |
| Vom Fee (2nd Mtg) | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL | 326,921.97 |

Funds received on or after November 30, 2012 will require an additional
$ 41.38 interest per Day.
Funds received on or after November 30, 2012 will require an additional
$.00 interest per Day for the second mortgage.

**RAD PDF Sticky Note:** This payoff statement was given one month and 3 days after the October statement from Selene that stated our current principal balance was $252, 894.96 and the interest $1651.28 and the daily interest rate was listed as $33.17 and the total on the

# SECRETARY OF STATE CERTIFICATE OF WITHDRAWAL RPM MORTGAGE

Control No. **08008382**

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

# CERTIFICATE
# OF
# WITHDRAWAL

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## RPM MORTGAGE, INC.
### a Foreign Profit Corporation

formed under the laws of California and authorized to transact business in Georgia on **01/29/2008**, has been duly dissolved, cancelled or withdrawn on **04/24/2008** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on April 24, 2008



Karen C Handel
Secretary of State

April 21, 2008



RPM
MORTGAGE

Georgia Secretary of State

Corporations Division

315 West Tower, #2 Martin Luther King Jr. Drive

Atlanta, GA 30334-1530

RE:     Application For Withdrawal of Certificate of Authority

RPM Mortgage, Inc.

To Whom It May Concern:

Please find the attached documents for RPM Mortgage, Inc.'s application for withdrawal of certificate of authority.

1) Application for Withdrawal of Certificate of Authority

2) $20.00 Check

Please mail the Certificate of Withdrawal to my attention at 1677 Eureka Road #201, Roseville, CA 95661. Thank you and feel free to contact me with any questions.

Sincerely,

Linda Lau

Compliance

Control No: 08008382
Date Filed: 04/24/2008 12:00 AM
Karen C Handel
Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
315 West Tower, #2 Martin Luther King, Jr. Drive
Atlanta, Georgia 30334-1530
(404) 656-2817
Registered agent, officer, entity status information via the Internet
www.georgiacorporations.org

ENRICO M. ROBINSON
Director

SUSAN GOLDEN
Assistant Director

CATHY COX
Secretary of State

Application for Withdrawal of Certificate of Authority 2008 APR 24  AM 10: 39

SECRETARY OF STATE
CORPORATIONS DIVISION

1. Organization type (check only one):
   ☑ Corporation
   ☐ Limited Liability Company
   ☐ Limited Partnership
   ☐ Liability Limited Partnership

2. Entity name   RPM Mortgage, Inc.

3. Home state (state in which entity was formed)   CA

4. The entity selected above in item 1. and named in item 2. no longer transacts business in Georgia and surrenders its certificate of authority.

5. The entity revokes the authority of its registered agent to accept service of process on its behalf and appoints the Georgia Secretary of State as its agent for service in any proceeding based on a cause of action that arose during the time it was authorized to transact business in Georgia.

6. Any process served on the entity after withdrawal from Georgia may be mailed to:

   RPM Mortgage, Inc.

   2175 N. California Blvd #1000

   Walnut Creek, CA 94596

7. The withdrawing entity commits that it will notify the Secretary of State of any change in the mailing address provided in item 6.

8. _____     Erwin Robert Hirt, CEO/ President
            Signature                              Printed or typed name of signer

   Title of person signing above (circle one title beside the entity type below that matches the entity type checked in   item 1.) :

   **Corporation- Officer; Attorney for corp; Incorporator; Receiver or trustee**
   **LLC- Member; Manager; Attorney for LLC; Organizer; Receiver or trustee**
   **LP-  General partner; Attorney for LP; Receiver or trustee**
   **LLP- General partner; Attorney for LLP; Receiver or trustee**

   All annual registrations must be filed before an entity may withdraw.  Entity status may be checked at web address above.  If entity status is "active/noncompliance," annual registration must be submitted before withdrawal.  The annual registration may be filed online.  All other statuses ("active/compliance", "active/owes current year") are eligible to withdraw immediately.

Withdrawal filing fee:  $20, payable to "Secretary of State"

   Mail completed application and filing fee to address at top of form.
   Certificate of withdrawal will be mailed to address in item 6. unless a preferred address is provided in a cover letter.

State of Georgia
With/Term/Dissolve 2 Page(s)



# STATE OF GEORGIA

## Secretary of State

Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**RAD PDF**
**Sticky Note**

We also have phone calls on the court record where RPM stated they are not licensed to conduct mortgage transactions in the state of GA

# CERTIFICATE
# OF
# WITHDRAWAL

I, **Karen C Handel**, the Secretary of State and the Corporations Commissioner of the State of Georgia, hereby certify under the seal of my office that

## RPM MORTGAGE, INC.
### a Foreign Profit Corporation

formed under the laws of California and authorized to transact business in Georgia on **01/29/2008**, has been duly dissolved, cancelled or withdrawn on **04/24/2008** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said application.

Application for Withdrawal of Certificate of Authority 2000 APR 24  AM 10: 39

SECRETARY OF STATE
CORPORATIONS DIVISION

1. Organization type (check only one):
   ☒ Corporation
   ☐ Limited Liability Company
   ☐ Limited Partnership
   ☐ Liability Limited Partnership

2. Entity name ___RPM Mortgage, Inc.___

3. Home state (state in which entity was formed) ___CA___

4. The entity selected above in item 1. and named in item 2. no longer transacts business in Georgia and surrenders its certificate of authority.

5. The entity revokes the authority of its registered agent to accept service of process on its behalf and appoints the Georgia Secretary of State as its agent for service in any proceeding based on a cause of action that arose during the time it was authorized to transact business in Georgia.

6. Any process served on the entity after withdrawal from Georgia may be mailed to:

   RPM Mortgage, Inc.

   2175 N. California Blvd #1000

   Walnut Creek, CA 94596

   **RAD PDF**
   **Sticky Note**

   This is the company and the address on the QWR response we received

7. The withdrawing entity commits that it will notify the Secretary of State of any change in the mailing address provided in item 6.

8. _____            Erwin Robert Hirt, CEO/ President
        Signature                      Printed or typed name of signer

   Title of person signing above (circle one title beside the entity type below that matches the entity type checked in   item 1.) :

   Corporation-  Officer; Attorney for corp; Incorporator; Receiver or trustee
   LLC-  Member; Manager; Attorney for LLC; Organizer; Receiver or trustee
   LP-   General partner; Attorney for LP; Receiver or trustee
   LLP-  General partner; Attorney for LLP; Receiver or trustee

   All annual registrations must be filed before an entity may withdraw.  Entity status may be checked at web address above.  If entity status is "active/noncompliance," annual registration must be submitted before withdrawal.  The annual registration may be filed online.  All other statuses ("active/compliance", "active/owes current year") are eligible to withdraw immediately.

# SECRETARY OF STATE OF GA

# CERTIFICATE OF ADMINISTRATIVE REVOCATION OF ALLQUEST

Control No. 0039999

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

# CERTIFICATE
# OF
# Administrative
# Dissolution/Revocation

I, **Karen C Handel**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

### ALLQUEST MORTGAGE COMPANY LIMITED

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on **05/16/2008** for failure to file its annual registration.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on May 16, 2008



*Karen C Handel*

Karen C Handel
Secretary of State




## ALLQUEST MORTGAGE COMPANY LIMITED Control Number: 0035553

**Main**     **Reports**     **Officers**     **Filing History**

**Entity Info**

**Entity Id**     35553

**Key Indicators**

| | |
|---|---|
| **Model Type** | Corporation |
| **Locale** | Foreign |
| **Qualifier** | For-Profit |
| **Business Name** | ALLQUEST MORTGAGE COMPANY LIMITED |
| **Registration Date** | 8/08/2000 |
| **Entity Status** | Revoked |
| **Entity Status Date** | 5/16/2008 |
| **Foreign Name** | |
| **Date of Organization** | |
| **State** | |
| **Country** | NZL |

**Principal Office Address**

PRINCIPAL
**Line1**     6110 PINEMONT DR STE 275
**Line2**

**City**     HOUSTON     **State**     Texas     **Zip**     77092-3217

**Agent**

**Is non-commercial Registered Agent?**     No
**Name**                                     C T CORPORATION SYSTEM

**Address**

**Line1**     1201 Peachtree Street, NE
**Line2**

**City**     Atlanta     **State**     Georgia     **Zip**     30361

**Email**

**Previous Names**

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|

No Miscellaneous Filings were found.




## ALLQUEST REAL ESTATE CORPORATION Control Number: K943269

**Main**     **Reports**     **Officers**     **Filing History**

### Entity Info

**Entity Id**   1140632

**Key Indicators**

**Model Type**   Corporation
**Locale**   Foreign
**Qualifier**   For-Profit

**Business Name**        ALLQUEST REAL ESTATE CORPORATION
**Registration Date**    10/20/1999
**Entity Status**        Withdrawn
**Entity Status Date**   10/17/2012

**Foreign Name**
**Date of Organization**
**State**                Delaware
**Country**

### Principal Office Address

PRINCIPAL
**Line1**   6110 PINEMONT DRIVE, SUITE 150
**Line2**

**City**   HOUSTON   **State**   Texas   **Zip**   77092-3217

### Agent

**Is non-commercial Registered Agent?**        Yes
**Name**

**Address**

**Line1**
**Line2**

**City**      **State**      **Zip**

**Email**

### Previous Names

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|

No Miscellaneous Filings were found.

 

Home

## ALLQUEST MORTGAGE COMPANY LIMITED Control Number: 0035553

Main       Reports       Officers       Filing History

**Entity Info**

  **Entity Id**    35553

**Key Indicators**

  **Model Type**        Corporation
  **Locale**            Foreign
  **Qualifier**         For-Profit
  **Business Name**          ALLQUEST MORTGAGE COMPANY LIMITED
  **Registration Date**     8/08/2000
  **Entity Status**         Revoked
  **Entity Status Date**    5/16/2008
  **Foreign Name**
  **Date of Organization**
  **State**
  **Country**               NZL


**Principal Office Address**

PRINCIPAL

 

ALLQUEST REAL ESTATE CORPORATION Control Number: K943269

**Main**     **Reports**     **Officers**     **Filing History**

**Entity Info**

**Entity Id**     1140632

**Key Indicators**

| | |
|---|---|
| **Model Type** | Corporation |
| **Locale** | Foreign |
| **Qualifier** | For-Profit |
| **Business Name** | ALLQUEST REAL ESTATE CORPORATION |
| **Registration Date** | 10/20/1999 |
| **Entity Status** | Withdrawn |
| **Entity Status Date** | 10/17/2012 |
| **Foreign Name** | |
| **Date of Organization** | |
| **State** | Delaware |
| **Country** | |

**Principal Office Address**

PRINCIPAL
**Line1**     6110 PINEMONT DRIVE, SUITE 150
**Line2**

# STATE OF GEORGIA

### Secretary of State

Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia  30334-1530

**RAD PDF**
**Sticky Note**

We also have recorded phone calls on the court record, where Allquest's agents told us they are not licensed to conduct mortgage transactions in the stated of GA

# CERTIFICATE
# OF
# Administrative
# Dissolution/Revocation

I, **Karen C Handel**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

## ALLQUEST MORTGAGE COMPANY LIMITED

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on **05/16/2008** for failure to file its annual registration.

# APPRAISAL

## Uniform Residential Appraisal Report

105-7098247
File # DC12050122

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgage or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  S. CRAIG WATKINS | Name |
| Company Name | Company Name |
| Company Address  890-F ATLANTA ST. #176 | Company Address |
| ROSWELL, GA 30075 | |
| Telephone Number  (770)654-8740 | Telephone Number |
| Email Address  appraiser1538@earthlink.net | Email Address |
| Date of Signature and Report  09/12/2012 | Date of Signature |
| Effective Date of Appraisal  08/30/2012 | State Certification # |
| State Certification #  CR001538 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  GA | |
| Expiration Date of Certification or License  01/31/2013 | SUBJECT PROPERTY |

|  | SUBJECT PROPERTY |
|---|---|
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 965 SUMMERFIELD DR | ☐ Did inspect exterior of subject property from street |
| CUMMING, GA 30040 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $  313,000 | ☐ Did inspect interior and exterior of subject property |
| LENDER/CLIENT | Date of Inspection |
| Name  INHOUSE SOLUTIONS | |
| Company Name  MORTGAGE SERVICES III | COMPARABLE SALES |
| Company Address  502 N. HERSHEY RD, BLOOMINGTON, IL | |
| 61704 | ☐ Did not inspect exterior of comparable sales from street |
| Email Address | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |

Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  S. CRAIG WATKINS | Name |
| Company Name | Company Name |
| Company Address  890-F ATLANTA ST. #176 | Company Address |
| ROSWELL, GA 30075 | |
| Telephone Number  (770)654-8740 | Telephone Number |
| Email Address  appraiser1538@earthlink.net | Email Address |
| Date of Signature and Report  09/12/2012 | Date of Signature |
| Effective Date of Appraisal  08/30/2012 | State Certification # |
| State Certification #  CR001538 | or State License # |
| or State License | State |
| or Other (descr... | Expiration Date of Certification or License |
| State  GA | |

**RAD PDF Sticky Note**

Our homes' value was listed as



| | SUBJECT PROPERTY |
|---|---|
| Expiration Date ... 01/31/2013 | ☐ Did not inspect subject property |
| ADDRESS OF P... | ☐ Did inspect exterior of subject property from street |
| 965 SUMMER... | Date of Inspection |
| CUMMING, G... | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VA...  313,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  INHOUSE SOLUTIONS | |

# EMAILS BETWEEN PLAINTIFFS AND MSIII

**Sent:** Saturday, May 05, 2012 11:28 AM

**To:** 'maryamthomas@hotmail.com'

**Subject:** selene Finance / Mortgage Services - Request for information

Dear Mr. Bennett, Sr,

Selene Finance has asked us to contact you to confirm your eligibility for their Principal Reduction program.  Current FHA guidelines may allow you to bring your mortgage balance back in line with the current value of your home, while reducing your interest rate and monthly mortgage payment.

When we spoke the other day I requested the following:

- Current Paystubs for you both
- W-2's for 2011 and 2010
- Signed borrowers Authorization and 4506T (attached).

This is a unique opportunity that is only available via Selene Finance.  In the event that your loan has already been modified, this is a second step that may allow you to further **reduce your monthly payment and mortgage balance**.  There is no cost to you, and those that are eligible receive substantial benefits – with all closing costs paid by Selene Finance.

Time is of the essence.  Please call today direct 240-397-2833, or reply by email to schedule a time to talk.  I will be in the office on 5/7/2012 from noon until 8:00 p.m.


Carol Hatosy | Loan Counselor
Mortgage Services III, LLC (MSI)
NMLS # 172606 / # 635842

**Toll Free:**       **1-855-212-8588**
**Toll Free Fax:**   **1-855-301-0567**

**From: Maryam Bennett [mailto:maryamthomas@hotmail.com]**
**Sent: Monday, September 10, 2012 3:44 PM**
**To: Loria Branch; Carol Hatosy**
**Subject: Selene**

Cathy and Loria I got a letter today from Selene telling me that we have been uncooperative and due to that we can't do a forbearance and should consider a short sale or some thing. I have done nothing but what they have asked and I have kept in constant contact with you all during this entire process. The only time a payment was late is when I informed you all of expected expenditures. The payment was made before the 1st of August as promised. Our forbearance agree was from March until July. After our July payment we had been caught up on our payments and we had them come out and do to appraisals which we had to make time for out of our schedules. I just received a letter about a pay off amount received for the second mortgage and I sent Loria an email to ask what we could expect next and I haven't heard back yet. So when I was shocked to hear Selene say that we were uncooperative I was pissed to say the least!!! Can someone please tell us what is going on?!!!

Mrs. Maryam T Bennett

From: **Loria Branch** (lbranch@msiloans.biz)
Sent:  Mon 9/10/12 4:12 PM
To:    Maryam Bennett (maryamthomas@hotmail.com); Carol Hatosy (chatosy@msiloans.biz)
Mrs Bennett

Carol is going to check with the representative at Selene.  We have no idea why you were sent a letter stating you have been uncooperative.  We received the payoff for United Guaranty from Selene today and we are waiting for the appraisal to be sent to us by the appraiser.

Thanks

**Loria Branch** | Loan Processor
Mortgage Services III, LLC (MSI)
5112 Pegasus Court, Suite M
Frederick, MD 21704

Direct: 240-397-2830 ext. 607
Direct Fax: 240-215-3614
lbranch@msiloans.biz

From: **Maryam Bennett** (maryamthomas@hotmail.com)
Sent:  Mon 9/10/12 5:18 PM
To:    loria b (lbranch@msiloans.biz)
Carol called me Loria. The forbearance we had ended in July. I spoke to them in August and other than the letter I wrote you about those were the only times I had contact with them. When I talked to Carol and I explained this to her she said the same as you about the check and we both agreed it is a miscommunication somewhere. We conferenced in Selene and left a voicemail. I told her I would give her a call or shoot her an email when I hear back and vice versa. I will do the same in regards to you. Whenever I hear back from them I will let you know. I feel much better. I just buried my last maternal Uncle today and I was having a crappy day and when I got that letter it did not help but now I feel much better so thank you for that much. LOL If nothing else I can say it took my mind off my grief no matter how briefly.

Mrs. Maryam T Bennett

Sent: Saturday, May 05, 2012 11.28 AM

To: 'maryamthomas@hotmail.com'

Subject: selene Finance / Mortgage Services - R

Dear Mr. Bennett, Sr,

| RAD PDF | 3/19/2015 9:44:58 PI |
|---|---|
| **Sticky Note** | |

MSIII stated Selene asked them to contact us. They also stated they would reduce out principal and mortgage payment. It was suppose to be at no cost to us, yet if you look at all the documents you will see we paid for everything and with interest.

Selene Finance has asked us to contact you to confirm your eligibility for their Principal Reduction program.  Current FHA guidelines may allow you to <u>bring your mortgage balance back in line with the current value of your home,</u> while reducing your interest rate and monthly mortgage payment.

When we spoke the other day I <u>requested</u> the following:

- Current Paystubs for you both
- W-2's for 2011 and 2010
- Signed borrowers Authorization and 4506T (attached).

This is a unique opportunity that is only available via Selene Finance.  In the event that your loan has already been modified, this is a second step that may allow you to further **reduce your monthly payment and mortgage balance**.  There is no cost to you, and <u>those that are eligible receive substantial benefits</u> – with all closing costs paid by Selene Finance.

Time is of the essence.  Please call today direct 240-397-2833, or reply by email to schedule a time to talk.  I will be in the office on 5/7/2012 from noon until 8:00 p.m.

# NOTICE OF SALE UNDER POWER

### NOTICE OF SALE UNDER POWER

GEORGIA, FORSYTH COUNTY

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Cobrey Bennett Sr and Maryam Bennett to Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans, Inc., its successors and assigns dated November 29, 2006 in the amount of $300,000.00, and recorded in Deed Book 4542, Page 609, Forsyth County, Georgia Records; as last transferred to SRMOF 2009-1 Trust by assignment; the undersigned, SRMOF 2009-1 Trust pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in April, 2012 , during the legal hours of sale, at the Courthouse door in Forsyth County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 1247 of the 3rd District, 1st Section, Forsyth county, Georgia, being Lot 76, Block A, Sienna Subdivision (fka Kelly Mill Subdivision), Unit Two, as per revised plat recorded in Plat Book 99, Pages 28-43, Forsyth County, Georgia records, which plat is incorporated herein and made a part hereof by reference.

which has the property address of 965 Summerfield Drive, Cumming, Georgia., together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Cobrey Bennett Sr and Maryam Bennett  and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

SRMOF 2009-1 Trust

Attorney in Fact for
Cobrey Bennett Sr and Maryam Bennett

McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 11-20233 /CONV/efisher
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



**NOTICE OF SALE UNDER POWER**

GEORGIA, FORSYTH COUNTY

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Cobrey Bennett Sr and Maryam Bennett to Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans, Inc., its successors and assigns dated November 29, 2006 in the amount of $300,000.00, and recorded in Deed Book 4542, Page 609, Forsyth County, Georgia Records; as last transferred to SRMOF 2009-1 Trust by assignment; the undersigned, SRMOF 2009-1 Trust pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in April, 2012 , during the legal hours of sale, at the Courthouse door in Forsyth County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of [...] Georgia, being Lot 76, Bl[...] recorded in Plat Book 99, [...] made a part hereof by refe[...]

which has the property a[...] other personal property c[...]

The sale will be held sub[...] or restrictions, liens, and [...]

The sale will be conducte[...] Code and (2) to final conf[...]

[...]7 of the 3rd District, 1[...] [...] Mill Subdivision), U[...] [...]ia records, which plat

[...]umming, Georgia, tog

[...]s, rights-of-way, ease[...] [...]h may affect said prop

[...] sale is not prohibited [...] loan with the holder of the security deed.

> **RAD PDF**
> **Sticky Note**
>
> Notice of sale under power regarding Selene and the loan. The date listed is 11/29/06 the amount of the loan is listed as $300, 000. If the loan was $300,000 in 2006 and we were all caught up from the forbearance and

> **RAD PDF**
> **Sticky Note**
>
> Also notice there is no assignment listed that showed our loan was transferred to SRMOF 2009-1 trust.
> The only trust Selene has an assignment for was listed on 10/13 and the name of the trust is SRMOF REO 2011-1

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Cobrey Bennett Sr and Maryam Bennett and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

# SETTLEMENT STATEMENT (HUD-1)

## FHA Refinance of Borrowers in Negative Equity Positions Disclosure

**BENNETT**
Loan #: DC12050122
MIN: 100588312060535736

Date:              NOVEMBER 19, 2012
Lender:            MORTGAGE SERVICES III, LLC

Borrower(s):       COBREY BENNETT SR.

Property Address:  965 SUMMERFIELD DR, CUMMING, GA 30040

Borrower has applied for a loan with Lender under the FHA Negative Equity Positions Refinance Program. Under this program lenders must:

1. Make borrowers aware that, as with any loan forgiveness action, the short refinancing under this program may be reflected as a negative feature on borrower's credit score; and

2. Advise borrowers that they need to consult with their tax advisors regarding the cancellation of debt and possible tax consequence.

Borrower hereby acknowledges receiving a copy of this FHA Refinance of Borrowers in Negative Equity Positions Disclosure and further acknowledges to understanding its terms and provisions.

_____
- BORROWER - COBREY BENNETT SR. - DATE -

# UNIFORM RESIDENTIAL LOAN APPLICATION

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

| Borrower COBREY BENNETT SR. | Co-Borrower |
|---|---|

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | | VA | | Conventional | | Other (explain): | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|---|---|---|---|
| | X | FHA | | USDA/Rural Housing Service | | | | 105-7098247-821 | DC12050122 |

| Amount | Interest Rate | No. of Months | Amortization Type: | | Fixed Rate | | Other (explain): |
|---|---|---|---|---|---|---|---|
| $ 284,900.00 | 4.2500 % | 360 | | X | Fixed Rate | | |
| | | | | | GPM | | ARM (type): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | No. of Units |
|---|---|
| 965 SUMMERFIELD DR, CUMMING, GA 30040- | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF. | 2006 |

| Purpose of Loan | | Purchase | | Construction | | Other (explain): | Property will be: | | Primary Residence | | Secondary Residence | | Investment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | Refinance | | Construction-Permanent | | | | X | Primary Residence | | Secondary Residence | | Investment |

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | | (a + b) |
|---|---|---|---|---|
| | $ | $ | | |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | | to be made |
|---|---|---|---|---|
| 2006 | $ 377,000.00 | $ 325,206.00 | | ☐ |

**RAD PDF**　　　3/19/2015 9:44:58 PM
**Sticky Note**

This amount is inflated. The mortgage Selene had was the first mortgage for $300,000 in 2006. The 2nd mortgage was discharged in 2009. When this was filed in 2012, our principal balance was $252, 894.96

| Title will be held in what Name(s) | Estate will be held in: |
|---|---|
| COBREY BENNETT, SR. AND MARYAM BENNETT | X Fee Simple |

| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain): | Leasehold (show expiration date) |
|---|---|
| | |

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |

# FINANCIAL ACCOUNTING STANDARD RULE FAS-140 (b)

b. FAS-140:

Financial Accounting Standards, or FAS 140 govern the accounting rules for transfers and servicing of financial assets. FAS 140 was originally implemented in September of 2000. It replaced the old FASB Statement No. 125 and revised the standards of accounting for securitizations and other transfers of financial assets and collateral.
5
FAS 140 requires certain disclosures, but carried over most of Statement 125's provisions without reconsideration. FAS 140's accounting standards are based on consistent application of a financial-components approach that focuses on control.
6
Under this approach, after a transfer of financial assets, an entity recognizes the financial and servicing assets it controls and the liabilities it has incurred while derecognizing financial assets when control has been surrendered, and derecognizes liabilities when extinguished.
7
Generally, a transfer of financial assets in which the transferor surrenders control over those assets is accounted for as a sale to the extent that consideration, other than beneficial interest in the transferred assets, is received in the exchange. A transferor has surrendered control if all of the following conditions are met:

1. The transferred assets have been isolated from the transferor, and they are presumptively beyond the reach of the transferor and its creditors.

2. Each transferee has the right to pledge or exchange the assets it received, and there is no condition on its right to pledge or exchange.

3. The transferor does not retain control over the transferred assets through either (1) an agreement that both entitles and obligates the transferor to repurchase or redeem the assets before their maturity or (2) the ability unilaterally to cause the holder to return the specific assets.

2. The amendments would clarify that the objective of paragraph 9 of Statement 140 is to determine whether a transferor and all of the entities included in the financial statements being presented have surrendered control over transferred financial assets. This determination must consider all arrangements or agreements made contemporaneously with, or in contemplation of, the transfer, even if they were not entered into at the time of the transfer

b. FAS-140:

Financial Accounting Standards, or FAS 140 govern the accounting rules for transfers and servicing of financial assets. FAS 140 was originally implemented in September of 2000. It replaced the old FASB Statement No. 125 and revised the standards of accounting for securitizations and other transfers of financial assets and collateral.
5
FAS 140 requires certain disclosures, but carried over most of Statement 125's provisions without reconsideration. FAS 140's accounting standards are based on consistent application of a financial-components approach that focuses on control.
6
Under this approach, after a transfer of financial assets, an entity recognizes the financial and servicing assets it controls and the liabilities it has incurred while derecognizing financial assets when control has been surrendered, and derecognizes liabilities when extinguished.
7
Generally, a transfer of financial assets in which the transferor surrenders control over those assets is accounted for as a sale to the extent that consideration, other than beneficial interest in the transferred assets, is received in the exchange. A transferor has surrendered control if all of the following conditions are met:

1. The transferred assets have been isolated from the transferor, and they are presumptively beyond the reach of the transferor and its creditors.

2. Each transferee has the right to pledge or exchange the assets it received, and there is no condition on its right to pledge or exchange.

3. The transferor does not retain control over the transferred assets through either (1) an agreement that both entitles and obligates the transferor to repurchase or redeem the assets before their maturity or (2) the ability unilaterally to cause the holder to return the specific assets.

2. The amendments would clarify that the objective of paragraph 9 of Statement 140 is to determine whether a transferor and all of the entities included in the financial statements being presented have surrendered control over transferred financial assets. This determination must consider all arrangements or agreements made contemporaneously with, or in contemplation of, the transfer, even if they were not entered into at the time of the transfer