UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

COBREY BENNETT and MARYAM BENNETT,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 2:13-cv-243-WCO-JCF

## J U D G M E N T

This action having come before the court, Honorable William C. O'Kelley, Senior United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Gainesville, Georgia, this 22nd day of April, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Stacey R. Kemp
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 22, 2015
James N. Hatten
Clerk of Court

By: s/Stacey R. Kemp
    Deputy Clerk