IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| COBREY BENNETT and MARYAM BENNETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| OCWEN LOAN SERVICING, LLC, | ) ) ) |
| Defendant. | ) |

Civil Action No.: 2:13-cv-00243-WCO-JCF

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' "OBJECTION TO ORDER ISSUED REGARDING RECUSAL & MOTION FOR NEW TRIAL"**

Defendant Ocwen Loan Servicing, LLC files this Response in Opposition to Plaintiffs Cobrey and Maryam Bennett's "Objection to Order Issued Regarding Recusal & Motion for New Trial." (Doc. 138). Plaintiffs' filing is yet another motion for reconsideration as to matters that have been finally disposed of by this Court. Any relief should again be denied for the same reasons that the Court has previously denied Plaintiffs' motions. (*See* Orders, Docs. 129, 137).

## Background

On April 22, 2015, the Court granted Defendant's motion for summary judgment on all of Plaintiffs' pending claims. (Doc. 118). The Court entered its Judgment on the same date. (Doc. 119). On April 28, 2015, Plaintiffs filed a Motion

1

for Relief from Judgment, seeking reconsideration of the summary judgment order. (Doc. 120). On May 27, 2015, the Court denied Plaintiff's Motion for Relief from Judgment, which it construed as a motion for reconsideration. (Doc. 129). The Court explained that the motion "does nothing more than reiterate flawed arguments already rejected by the court and attempts, yet again, to present new legal theories arising from the same evidence." (*Id.*, p. 2). The Court also denied Plaintiffs' application for leave to proceed *in forma pauperis*, noting that "plaintiffs' appeal is not taken in good faith." (*Id.*, pp. 2-3). On July 14, 2015, Plaintiffs filed a Motion for New Trial (Doc. 131) as well as a Motion to Disqualify both the Magistrate Judge and the District Judge (Doc. 132). On August 26, 2015, the Court denied Plaintiffs' Motion for New Trial and Motion to Disqualify. (Doc. 137)

## **Argument**

This motion for new trial is just one more frivolous motion that provides no grounds for relief under Fed. R. Civ. P. 59 or any other authority.

To the extent Plaintiffs attempt to make new contentions related to the Truth in Lending Act, those were previously addressed by Defendant and are barred under principles of *res judicata* and claim preclusion. (*See* Doc. 135). *See Community State Bank v. Strong*, 651 F.3d 1241, 1263 (11th Cir. 2011); *Brown v. Sun Trust Bank*, No. 2:14-cv-0014-RWS-JSA, 2014 WL 4925719, at *6 (N.D. Ga. Sept. 30, 2014).

## Conclusion

The Court should deny Plaintiffs' "Objection to Order Issued Regarding Recusal & Motion for New Trial."

Dated this 23rd day of September, 2015.

Respectfully submitted,

/s/Keith S. Anderson
Keith S. Anderson (Bar No. 136246)
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@babc.com
ATTORNEY FOR DEFENDANT OCWEN LOAN SERVICING, LLC

## Certification of Compliance

Pursuant to Local Rule 7.1, the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1.

/s/Keith S. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Maryam & Cobrey Bennett
965 Summerfield Drive
Cumming, GA 30040

3

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this the 23rd day of September, 2015.

                                              /s/Keith S. Anderson
                                        OF COUNSEL